UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   C.A. No.  06-0522 (HHK) |
| | * |
| DISTRICT OF COLUMBIA, | * |
| | * |
| Defendant. | * |
| _____ | * |

## NOTICE OF FILING TO ADD ADDRESES TO CAPTION OF PLAINTIFF'S COMPLAINT

Plaintiff, by and through her counsel, moves to file a corrected first page of her complaint with addresses for both parties as required by LCvR 5.1(e). Plaintiff's counsel inadvertently omitted the addresses in its initial submission and respectfully requests the Court to accept the attached page as a revision of Plaintiff's complaint.

Respectfully submitted,

_____
Gary T. Brown,
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
 (202) 393-4900
 Attorney for Plaintiff Byrd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARRINA BYRD, | * | |
| 2845 Robinson Pl., S.E., #204 | * | |
| Washington, D.C. 20020 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-0522 (HHK) |
| DISTRICT OF COLUMBIA, | * | |
| John Wilson Building | * | |
| 1350 Pennsylvania Avenue, NW | * | |
| Suite 600 | * | |
| Washington, DC 20004 | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

## COMPLAINT

1.      Plaintiff Garrina Byrd, a former employee of the government of the District of Columbia, brings this action to address violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.* and the D.C. Human Rights Act, as amended, D.C. Code §2-1401.01 *et seq.* for sexual harassment and other economically and psychologically harmful actions taken against her because of her sex. Plaintiff seeks appropriate relief.

Jurisdiction and Venue

2.      This Court has jurisdiction over the claims alleged herein pursuant to 42 U.S.C. § 2000e-(5)(f), 28 U.S.C. §1343, and 28 U.S.C. §1367.