UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-00522(HHK) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

**CONSENT MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO THE COMPLAINT**

Defendant District of Columbia, through counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves this court for an extension of time to May 15, 2006 to file a response to the instant complaint. Undersigned counsel has to prepare and attend to a funeral today and, due to some intervening matters this week, was unable to complete the response. In support of this motion, the defendant relies upon the attached memorandum of points and authorities of law.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation, Section II
Civil Litigation Division

                    JULIE LEE [433292]
                    Senior Assistant Attorney General
                    General Litigation, Section II
                    Civil Litigation Division
                    441 Fourth Street, N.W.
                    Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-6602; (202) 727-6295

### CERTIFICATION PURSUANT TO LCvR 7(m)

      I hereby certify that on May 10, 2006, the undersigned spoke with plaintiff's counsel, and consent was granted to the herein-requested relief.

                    Julie Lee
                    Senior Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-00522(HHK) |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF THE DISTRICT OF COLUMBIA'S**
**MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

In support of the District of Columbia's Motion to Enlarge the Time to Respond to the Complaint, the defendant states as follows:

1. The instant complaint was served on the District of Columbia on March 22, 2006, and a response is due on May 11, 2006, this Court having previously granted an extension of time to the Defendant.

2. The complaint alleges that, during an approximate three-year period, the Plaintiff was sexually harassed by a supervisor during the Plaintiff's employ with the District of Columbia Department of Parks and Recreation.

3. Undersigned counsel has reviewed the allegations contained in the complaint and requires additional time to prepare the response. Counsel's preparation was interrupted by several matters this week including, but not limited to, the need to prepare for and attend a funeral today.

4. Pursuant to Fed. Civ. P. R. 6(b)(1), the District moves to extend the deadline to file its Answer to plaintiff's complaint by May 11, 2006. Fed. Civ. P. R. 6(b) states that, ""[w]hen by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order…." This motion is being filed prior to the current deadline and is for good cause shown.

5. Plaintiff has consented to the herein-requested relief and no party will suffer undue prejudice by the grant of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation, Section II
Civil Litigation Division

_____
JJULIE LEE [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6602; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendants )<br>_____) | Civil Action No. 06-00522(HHK) |

**ORDER**

Upon motion of the District of Columbia for an enlargement of time within which to respond to the complaint, Plaintiff's consent thereto, the entire record herein and for good cause shown, it is this ___ day of _____ 2006,

ORDERED, that defendant's motion is granted, and it is further

ORDERED, that the District of Columbia shall have until May 15, 2006, to respond to the complaint.

_____
Judge Henry H. Kennedy
United States District Court Judge