UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 06-00522(HHK) |

Notice of Filing of Exhibits in Defendant's
Motion to Dismiss and/or for Summary Judgment

The Defendant gives notice to this Court and parties that exhibits in support of Defendant's Motion to Dismiss and/or for Summary Judgment, filed March 15, 2006, are attached herein. The Defendant was unable to file the exhibits with the motion for technical reasons.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____
        NICOLE L. LYNCH [471953]
        Section Chief
        General Litigation, Section II
        Civil Litigation Division

JULIE LEE [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6602; (202) 727-6295