# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☒ FEPA<br>☐ EEOC | 05-203-DC(cn)<br>10CA500154 |

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Garrina C. Byrd | (202) 610-3933 |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 2845 Robinson Pl., S. E., #204, Washington, DC 20020 | 10/24/197? |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| D.C. Parks & Recreation | Cat D (501 +) | (202) 727-5460 |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | | COUNTY |
| 1515 Half Street, S. W., Washington, DC 20024 | | 001 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE    ☐ COLOR    ☒ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN
☐ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 07/31/2001    LATEST: 03/31/2005
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

I believe that I have been discriminated against on the basis of my gender (female) in my subjection to sexual harassment in my workplace. The particulars are:

In July 2001, I was hired by Respondent in the Welfare to Work Program. I was promoted from that Program to Summer employment and then given a 13-month employment appointment. From my first day of work in the Welfare to Work Program, the Chief of Facilities Management began touching me inappropriately.

The Chief would grab my breasts or my behind and if I had on a skirt, he would try to put his hand up my skirt. About September 2001, I reported to the Staff Assistant who was my Supervisor, that the Chief was touching me inappropriately. She only said, "Tell him to stop" and nothing else was done.

The touching progressed to the point where the Chief began asking for sex and when I refused, he threatened me by saying that he would not extend my 13-month employment for another term. When I asked to go out and work in the field to get away from the office, the Chief denied my request.

I began to consent to the Chief's requests for sex because I was afraid that I would lose my employment. The sex and touching always

** Text is Continued on Attached Sheet(s) **

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY 4/6/05 (When necessary for State and Local Requirements) 3/21/08<br>George A. Seward, My Comm. expires 3/21/08<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT<br>*Garrina Byrd*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* |
| Date 4/6/05    Charging Party *(Signature)* | |

EEOC FORM 5 (Rev. 07/99)

**Exhibit #1**    FILE COPY

Apr 06 12:51 2005  CP Initials    Chg # , Attachment Page 1

---
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
---

occurred in the Chief's office, however, once when my friend visited me at work she observed the Chief touching me. She also heard him ask me for sex when he called me on my cell phone.

Therefore, I charge Respondent with a discriminatory act against me on the basis of my gender when the Chief subjected me to sexual harassment and threatened to discontinue my employment in violation of Title VII of the Civil Rights Act and the D.C. Human Rights Act. I have not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein except: CROSSED FILED WITH THE EEOC.

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

**To:** Garrina C. Byrd
c/o Gary Brown, Esq.
320 Maryland Avenue, NE, Suite 100
Washington, D.C. 20002

**From:** Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10C-2005-00154 | David Gonzalez, State & Local Coordinator | (202) 419-0714 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**
**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay** due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Dana R. Hutter_
Dana Hutter,
Director

**DEC 21 2005**
(Date Mailed)

Enclosure(s)

cc: Darnell Thompson
D.C. PARKS & RECREATION
3149 16th Street, N. W.
Washington, DC 20010


Exhibit # 2



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0740, 0739 & 0701

# Facsimile Transmittal Sheet

**Deliver To:**

Name: Georgia Stewart

Office: DCOHR

********************************************************

**Sender:**

Name: David González

Number: (202) 419-0714

Pages Sent: 1     +1 Cover Sheet

Date: 5/15/06

********************************************************

**Comments/Remarks**

# AFFIDAVIT

Ms. Garrina C. Byrd, filed a Complaint of Discrimination on April 6, 2005, Docket No.: 05-203-DC (CN), EEOC Case No.: 10CA500154 with the D.C. Office of Human Rights, alleging that she was subjected to sexual harassment on the basis of gender (female). At the time of the filing, Ms. Byrd only filed allegations of sexual harassment.

To the best of my knowledge and belief, Ms. Byrd has not amended her Complaint to include allegations of retaliations.

_Aleane B. Paron_
Signature

SUBSCRIBED AND SWORN to before me this --15---- day of May, 2006.

_Charles_
Notary Signature

Charles Teixeira
Notary Public, District of Columbia
My Commission Expires 02/28/20..

My Commission Expires: 2/28/2011.

Exhibit #3