UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARRINA BYRD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-0522 (HHK) |
| | * | |
| DISTRICT OF COLUMBIA, | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

PLAINTIFF'S CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT

Plaintiff, Garrina Byrd, by and through her counsel, hereby moves for an extension of time of seventeen (17) days, until June 12, 2006, to file her Opposition to Defendant's Motion to Dismiss or alternatively for Summary Judgment. Plaintiff's counsel has been engaged in trial preparation for an upcoming jury trial as well as preparing an opposition to a Motion for Summary Judgment in another matter. Plaintiff believes that additional time is necessary to adequately respond to Defendant's motions.

This short delay requested here should cause Defendant no harm. Counsel for Defendant has stated she has no opposition to Plaintiff's request for additional time.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiff respectfully requests that this Court grant her motion.

Respectfully submitted,


_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   C.A. No.  06-0522 (HHK) |
| | * |
| DISTRICT OF COLUMBIA, | * |
| | * |
| Defendant. | * |
| | * |

ORDER

Upon consideration of Plaintiff's Motion for Extension of Time for Plaintiff to File Her Opposition to Defendant's Motion to Dismiss or alternatively Motion for Summary Judgment, and the entire record in this case, it is this _____ day of June, 2006 hereby

ORDERED, that Plaintiff's Motion is hereby GRANTED and that Plaintiff's Opposition to Defendant's Motions is due by June 12, 2006.

.

_____
**Hon. Henry H. Kennedy**
United States District Court Judge
for the District of Columbia