UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARRINA BYRD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-0522 (HHK) |
| | * | |
| DISTRICT OF COLUMBIA, | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

## PLAINTIFF'S MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT

Plaintiff, Garrina Byrd, by and through her counsel, hereby moves for an extension of time of three (3) days, until June 15, 2006, to file her Opposition to Defendant's Motion to Dismiss or alternatively for Summary Judgment. Plaintiff's counsel has been engaged in preparing multiple filings including an Opposition to a Motion for Summary Judgment in another matter. Plaintiff believes that additional time is necessary to adequately respond to Defendant's motions.

Plaintiff attempted unsuccessfully to contact Defendant's counsel in advance of filing this motion. However, this short delay requested here should cause Defendant no harm.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiff respectfully requests that this Court grant her motion.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

Case 1:06-cv-00522-HHK   Document 9   Filed 06/14/2006   Page 2 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARRINA BYRD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-0522 (HHK) |
| | * | |
| DISTRICT OF COLUMBIA, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

Upon consideration of Plaintiff's Motion for Extension of Time for Plaintiff to File Her Opposition to Defendant's Motion to Dismiss or alternatively Motion for Summary Judgment, and the entire record in this case, it is this _____ day of June, 2006 hereby

ORDERED, that Plaintiff's Motion is hereby GRANTED and that Plaintiff's Opposition to Defendant's Motions is due by June 15, 2006.

.

_____
**Hon. Henry H. Kennedy**
United States District Court Judge
for the District of Columbia