UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARRINA BYRD,                          *
                                       *
        Plaintiff,                     *
                                       *
             v.                        *        C.A. No.  06-0522 (HHK)
                                       *
DISTRICT OF COLUMBIA,                  *
                                       *
        Defendant.                     *
_____*

PLAINTIFF'S MOTION FOR LEAVE TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT OUT OF TIME

Plaintiff, Garrina Byrd, by and through her counsel, hereby moves for leave to file her Opposition to Defendant's Motion to Dismiss or alternatively for Summary Judgment three (3) business days out of time.  Plaintiff's counsel fell ill and was out of the office for the entirety of Thursday, June 15, 2006 and for a significant portion of Friday, June 16, 2006.  This illness interfered with Plaintiff's ability to timely file her Opposition.

 Plaintiff attempted unsuccessfully to contact Defendant's counsel in advance of filing this motion.  However, this short delay requested here should cause Defendant no harm.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiff respectfully requests that this Court grant her motion.

Respectfully submitted,


_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARRINA BYRD,                          *
                                       *
        Plaintiff,                     *
                                       *
        v.                             *        C.A. No.  06-0522 (HHK)
                                       *
DISTRICT OF COLUMBIA,                  *
                                       *
        Defendant.                     *
_____    *

ORDER

Upon consideration of Plaintiff's Motion for Leave to File Her Opposition to Defendant's

Motion to Dismiss or alternatively Motion for Summary Judgment Out of Time, and the entire

record in this case, it is this _____ day of June, 2006 hereby

ORDERED, that Plaintiff's Motion is hereby GRANTED and that Plaintiff's Motion now

lodged shall be filed by the Clerk of this Court.

.

_____
**Hon. Henry H. Kennedy**
United States District Court Judge
for the District of Columbia