# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

District of Columbia Office of Human Rights and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Garrina C. Byrd | (202) 610-2426 |

| CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 2845 Robinson Pl., S.E., #204, Washington, D.C. 20020 | 10/24/1977 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| D.C. Department of Parks and Recreation | 500 or More | (202) 673-7665 |

| CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 3149 16th Street, NW Washington, DC 20010 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate boxes))*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)  LATEST (ALL)
4-2005                12-2005

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

1. In July 2001, I was hired by Respondent through Project Empowerment, the District of Columbia's Welfare to Work program.
2. When my position was threatened by my immediate supervisor, I met with Mr. Darnell Thompson, Director of Facilities Management, who spoke to me in the presence of another coworker, about an office position.
3. In April 2005, I filed a charge of sexual harassment with the Department of Parks and Recreation and later with the EEOC. (see attached)

"Office of GB
Human Rights"

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

*[signature: Garrina Byrd]*

I declare under penalty of perjury that the foregoing is true and correct.

Date 5/9/06   Charging Party (Signature) *[signature]*

SIGNATURE OF COMPLAINANT

*[signature: Garrina Byrd]*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

NOTARY - (When necessary for State and Local Requirements)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 05-09-06
(Day, month, and year)

*Mary F. Vincent*
Commission expires 03-31-08

4. I have been subjected to retaliation in the form of: 1) constant insults and gossip. 2) My duties have been gradually reassigned to other employees, 3) I was moved from my office to a space no larger than a closet and 4) After performing the duties of my position for three years, I was reevaluated to determine if I possessed the necessary skills for the same position. I was subjected to this review in the presence of a supervisor to whom I had complained of the prior sexual harassment who did not help me.
5. On December 8, 2005, I testified before the D.C. City Council Committee on Education, Libraries, and Recreation where I detailed the harassment that I have suffered.
6. Effective December 12, 2005 I was moved yet again when I was transferred to another location, without discussion far away from my children's school and day care and my hours were changed so as to make it extremely difficult to pick up my children before these facilities closed.
7. On Friday. December 30, 2005, the last work day before the expiration of my term appointment, I was notified of my termination after I left work, effective the next day. I had received no prior notice or any complaints about my performance.

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

☐ EEOC
D.C. Office Of Human Rights ___ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Garrina C. Byrd | (202) 610-3_ _3 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2845 Robinson Pl., S. E., #204, Washington, DC 20020 | | 10/24/197_ |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| D.C. Parks & Recreation | Cat D (501 +) | (202) 72_-5460 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1515 Half Street, S. W., Washington, DC 20024 | | 01 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 07/31/2001   LATEST 03/31/2005
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I believe that I have been discriminated against on the basis of my gender (female) in my subjection to sexual harassment in my workplace. The particulars are:

In July 2001, I was hired by Respondent in the Welfare to Work Program. I was promoted from that Program to Summer employment and then given a 13-month employment appointment. From my first day of work in the Welfare to Work Program, the Chief of Facilities Management began touching me inappropriately.

The Chief would grab my breasts or my behind and if I had on a skirt, he would try to put his hand up my skirt. About September 2001, I reported to the Staff Assistant who was my Supervisor, that the Chief was touching me inappropriately. She only said, "Tell him to stop" and nothing else was done.

The touching progressed to the point where the Chief began asking for sex and when I refused, he threatened me by saying that he would not extend my 13-month employment for another term. When I asked to go out and work in the field to get away from the office, the Chief denied my request.

I began to consent to the Chief's requests for sex because I was afraid that I would lose my employment. The sex and touching always

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 4/6/05   Charging Party (Signature)

NOTARY (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 07/99)

CHARGING PARTY COPY

---
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
---

occurred in the Chief's office, however, once when my friend visited me at work she observed the Chief touching me. She also heard him ask me for sex when he called me on my cell phone.

Therefore, I charge Respondent with a discriminatory act against me on the basis of my gender when the Chief subjected me to sexual harassment and threatened to discontinue my employment in violation of Title VII of the Civil Rights Act and the D.C. Human Rights Act. I have not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein except: CROSSED FILED WITH THE EEOC.

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF HUMAN RIGHTS



EEO Complaint Form Transmittal Letter

From: Mayteller Evans    To: Brittany Matthews, Compliance Officer

Agency: Parks & Recreation    Date: April 5, 2005

Phone Number: 282-0718    Fax Number: (202) 727-9589

Total No. of Pages:

Name of Counselee (Optional): Garrina C. Byrd

Name of Respondent (Optional):

Agency: Parks & Recreation

Basis for complaint: Sexual Harassment

Date compliant made to counselor: 4-5-05

Date exit letter to be submitted: 4-5-05

EEO Counselor Signature: Mayteller Evans

For confidentiality purposes, this form may *ONLY* be transmitted via fax or U.S. Mail)

441 4th Street, N.W., Suite 570 N, Washington, D.C. 20001 • Phone: (202) 727-4559 • Fax: (202) 727-9589

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Department of Parks and Recreation



### NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT

FROM:   Maytiller Evans                    DATE:   April 5, 2005
        EEO Counselor

TO:     Garrina Carlysha Byrd
        2845 Robinson Place, S.E. #204
        Washington, D.C. 20020

This exit letter is notice that on April 5, 2005 the first and final counseling interview was held in connection with the matter you presented to me as an EEO Counselor. The Department of Parks and Recreation has taken final administrative action on your complaint. You alleged that you have been sexually harassed since the beginning of employment in 2000 through the present time.

This is to inform you that if your complaint has not been resolved to your satisfaction, you are now entitled to file an individual or class-based discrimination complaint based on race, color, religion, national origin, sex, age, martial status, personal appearance, sexual orientation, family responsibilities, physical or mental disability, matriculation, political affiliation, family and medical leave act and/or reprisal. If you file a complaint, you may file a formal complaint with the District of Columbia Office of Human Rights (OHR) within **FIFTEEN (15)** calendar days of your receipt of this letter.

D.C. Office of Human Rights
441-4th Street, N.W.
Suite 570 North
Washington, DC 20001
Phone: (202) 727-4559
www.ohr.dc.gov

A complaint shall be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, if it is received by mail within five days of the expiration of the filing period. If the complaint is not filed within the 15 calendar days, the complaint shall be dismissed by OHR as untimely. The complaint must be specific and contain only those issues either specifically discussed with me or issues that are like or related to issues that you discussed with me.

*Join in the Fun!*

NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT
Page Two
April 5, 2005

If you retain an attorney or any other person to represent you, you or your representative must immediately notify the D.C. Office of Human Rights in writing. You are also required to provide a change of address and/or telephone information. You and/or your representative will receive a written acknowledgement of your discrimination complaint from the appropriate OHR agency official.

_____          April 5, 2005
Garrina C. Byrd
Counselee

_____          April 5, 2005
Maytiller W. Evans
EEO Counselor