UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, | * |
| | * |
|    Plaintiff, | * |
| | * |
|       v. | *   C.A. No. 06-0522 (HHK) |
| | * |
| DISTRICT OF COLUMBIA, | * |
| | * |
|    Defendant. | * |
| | * |

PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Garrina Byrd, by and through her counsel, respectfully moves for leave to file an amended complaint. Plaintiff amends her complaint to add further factual support for her claims of discrimination by Defendant District of Columbia in violation of Title VII of the Civil Rights Act of 1964 and D.C. Human Rights Act.

According to the Federal Rules of Civil Procedure, leave to file amended pleadings "shall be freely given when justice so requires.' Fed. R. Civ. P. 15(a). This circuit has instructed that although the grant or denial of leave to amend is committed to a district court's discretion, it is an abuse of discretion to deny leave to amend unless there is sufficient reason, such as "undue delay, bad faith or dilatory motive . . . repeated failure to cure deficiencies by [previous] amendments . . . [or] futility of amendment." Firestone v. Firestone, 76 F. 3d 1205, 1208 (D.C. Cir. 1996) quoting Foman v. Davis, 371 U.S. 178, 182 (1962); Brown v. District of Columbia, 199 F.R.D. 9 (D.D.C. 2001)

None of the grounds articulated in <u>Firestone</u> as a basis for denial are present in the instant case. Plaintiff Byrd offers this second amended complaint in good faith without any dilatory motive and would not seek any additional time for discovery related to this claim. Further, given that the case has not yet begun discovery, this amendment causes no undue delay or any harm to Defendant. Nor does Plaintiff Byrd seek to cure a deficiency that she had previously failed to remedy but instead to provide a clearer factual picture of her claims against Defendant District of Columbia.

Plaintiff has unsuccessfully attempted to contact Defendant's counsel prior to the filing of this motion. Plaintiff's motion should not cause Defendant any undue harm.

Respectfully submitted,

_____
Gary T. Brown,
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900
Attorney for Plaintiff Davis