UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD,<br><br>              Plaintiff,<br><br>     v.<br><br>DISTRICT OF COLUMBIA,<br><br>              Defendant. | Civil Action 06-00522  (HHK) |

**ORDER**

Before the court is plaintiff's Motion for Leave to File an Amended Complaint [#11], filed June 19, 2006. As no responsive pleading has yet been filed in this matter, plaintiff may amend her complaint "as a matter of course." FED. R. CIV. P. 15(a); *see, e.g.*, *Harris v. Sec'y, U.S. Dep't of Veterans Affairs*, 126 F.3d 339, 344–45 (D.C. Cir. 1997) (recognizing that plaintiffs are entitled to amend their complaint one time prior to a responsive pleading under Rule 15(a)). Accordingly, it is by the court this 20th day of June, 2006, hereby

**ORDERED** that plaintiff's Motion for Leave to File an Amended Complaint [#11] is **GRANTED**; and it is further

**ORDERED** that defendant's Motion to Dismiss and/or for Summary Judgment [#6] is **DENIED** as moot.

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge