UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, | * |
| | * |
|    Plaintiff, | * |
| | * |
|        v. | *   CA-06-00522 (HHK) |
| | * |
| DISTRICT OF COLUMBIA, | * |
| | * |
|    Defendant. | * |
| | * |

**REPORT OF THE PARTIES' RULE 16.3 CONFERENCE**

Counsel for the parties have personally discussed the topics required by LCvR 16.3 and this Court's Order and report as follows:

**1.  Dispositive Motions**

A dispositive motion was filed, but declared moot by this Court after Plaintiff amended her complaint. Defendant believes this case will ultimately be resolved by a dispositive motion. Plaintiff disagrees and believes that a trial will be necessary.

**2.  Joinder and Amendment; narrowing of issues**

The Parties believe any joinder and amendment issues should be addressed pursuant to the Federal Rules of Civil Procedure. No factual or legal issues appear ripe for narrowing at this time.

**3.  Assignment to Magistrate Judge**

The parties do not believe this case should be assigned to a Magistrate Judge for all purposes, but would consent to the assignment of this matter to a Magistrate Judge for settlement purposes only.

**4.      Settlement**

At this stage in the litigation, the parties do not know whether there is a realistic possibility of settling the case.

**5.      ADR**

The parties believe that mediation should be attempted after the court's ruling on any dispositive motions

**6.      Resolution by summary judgment or motion to dismiss; motions deadlines**

Defendant believes the case could be resolved by a motion to dismiss and/or for summary judgment. Plaintiff disagrees and believes the case could proceed to trial, or settle.

The Plaintiff proposes the following briefing schedule:

| | |
|---|---|
| Motion for Summary Judgment filed by: | January 8, 2007 |
| Opposition to Summary Judgment filed by: | February 7, 2007 |
| Reply in Support of Summary Judgment filed by: | February 22, 2007 |
| Decision on Motion for Summary Judgment: | March 26, 2007 |

The Defendant proposes the following briefing schedule:

| | |
|---|---|
| Dispositive Motions by: | June 1, 2007 |
| Opposition to Dispositive Motions by: | August 2, 2007 |
| Reply to Opposition to Dispositive Motions: | August 17, 2007 |

**7.      Initial disclosures**

The Plaintiff proposes to exchange initial disclosures while the Defendant proposes to dispense with initial disclosure. If initial disclosures are exchanged, the initial disclosures should be served thirty (30) days after issuance of the Court's scheduling order.

2

8.  Discovery

The parties propose that ten (10) non-party depositions be allowed for each party. The parties agree to a limit of thirty (30) interrogatories. Defendant proposes the following discovery schedule:

| | |
|---|---|
| Plaintiff Identifies Experts: | 11/01/06 |
| Defendant Identifies Experts: | 1/01/06 |
| Discovery Closes: | 4/01/06 |
| Dispositive Motions filed by: | 6/01/06 |

Plaintiff proposes that discovery end on December 6, 2006.

The parties may propose a qualified protective order complying with the Health Insurance Portability and Accountability Act. The parties may propose another protective order relating to personnel information and will seek to arrive at stipulated protective orders, if necessary, before filing any motions for protective orders with the Court.

9.  **Expert witnesses**

The parties propose that Rule 26(a)(2) be followed.

10. **Class Actions**

This is not a class action lawsuit.

11. **Bifurcation**

The parties do not believe that bifurcation of either the trial or discovery is necessary in this case.

12. **Pretrial conference date**

The parties agree that the pretrial conference should be set for the first available date after the Court decides all post-discovery dispositive motion(s).

**13.    Trial date**

Plaintiff requests that a trial date be set at the status conference. Defendant believes that the Court should set the trial date at the pretrial conference.

**14.    Special Issues**

None.

Respectfully submitted,

/s/

_____
GARY T. BROWN
D.C. Bar No. #246314
Gary T. Brown & Associates, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900
Attorney for Plaintiff Garrina Byrd



Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
Nicole L. Lynch  [471953]
Section Chief
General Litigation, Section II
Civil Litigation Division

4

_____
Julie Lee [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6602; (202) 727-3625
Julie.Lee@dc.gov