UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, | * |
| Plaintiff, | * |
| v. | *  C.A. No. 06-0522 (HHK) |
| DISTRICT OF COLUMBIA, | * |
| Defendant. | * |

STATEMENT OF THE CASE

The parties, pursuant to the Court's order of July 17, 2006, submit the following statement of the case as a supplement to their LCvR 16.3 report filed on July 27, 2006.

Plaintiff Garrina Byrd, an African-American female and former employee of the government of the District of Columbia, brings this action to address violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.* and the D.C. Human Rights Act, as amended, D.C. Code §2-1401.01 *et seq.* of sexual harassment and other economically and psychologically harmful actions taken against her because of her sex and participation in protected activities.  Plaintiff claims that she suffered daily harassment by her supervisor, Mr. Darnell Thompson and Defendant failed to investigate Plaintiff's claims or take corrective action despite a history of prior claims against the harasser.

Defendant denies all allegations of wrongdoing, including that it did not create a hostile environment and that no employment actions were taken against Plaintiff except for legitimate business reasons.

Respectfully submitted,


_____/s/_____
Gary T. Brown,
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900
Attorney for Plaintiff Byrd

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Nicole L. Lynch [471953]
Section Chief
General Litigation, Section II
Civil Litigation Division

_____/s/_____
David A. Jackson [471535]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6618; (202) 727-3625
DavidA.Jackson@dc.gov