AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/22/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Markia Gigold | Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Arlethia Thompson
Office of the Secretary

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-17-06     Markia Higold
             Date        Signature of Server

Address of Server: Gary T. Brown & Associates PC
320 Maryland Ave N.E
WDC 20002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.