AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Garrina Byrd                      )
                                  )
        Plaintiff(s)              )   **APPEARANCE**
                                  )
                                  )
              vs.                 )   CASE NUMBER    1:06-cv-00522-HHK
District of Columbia              )
                                  )
        Defendant(s)              )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Eric K. Bachman__ as counsel in this
                                  (Attorney's Name)

case for: __Garrina Byrd__
           (Name of party or parties)

October 9, 2006
Date                                     Signature

                                         Eric K. Bachman
                                         Print Name

481993                                   7 Dupont Circle, NW, Suite 200
BAR IDENTIFICATION                       Address

                                         Washington, DC 20036
                                         City        State        Zip Code

                                         (202) 467-4123
                                         Phone Number