A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Garrina Byrd

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) ) | **APPEARANCE** |
| vs. | ) | CASE NUMBER    1:06-cv-00522-HHK |
| District of Columbia | ) ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of    Timothy B. Fleming_____    as counsel in this
                                   (Attorney's Name)

case for:   Garrina Byrd_____
                      (Name of party or parties)

October 10, 2006_____
Date

351114_____
BAR IDENTIFICATION

Timothy B. Fleming
Signature

Timothy B. Fleming_____

Wiggins, Childs, Quinn & Pantazis, PLLC
7 Dupont Circle, NW, Suite 200

Address

Washington, DC 20036
City          State          Zip Code

(202) 467-4123
Phone Number