A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Garrina Byrd

       Plaintiff(s)   )   **APPEARANCE**

       vs.   )   CASE NUMBER   1:06-cv-00522-HHK

District of Columbia

       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Lori B. Kisch   as counsel in this
           (Attorney's Name)

case for:   Garrina Byrd
       (Name of party or parties)

October 10, 2006
Date

_(signature)_
Signature

Lori B. Kisch
Wiggins, Childs, Quinn & Pantazis, PLLC
7 Dupont Circle, NW, Suite 200

491282
BAR IDENTIFICATION

Address

Washington, DC 20036
City   State   Zip Code

(202) 467-4123
Phone Number