UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ) | |
| ) | Civil Action No. 06-0522 (HHK) |
| Plaintiff, ) | |
| ) | CLASS ACTION |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended Class Complaint, pursuant to Fed. R. Civ. P. 15(a), it is,

ORDERED that Plaintiff's Motion for Leave to Amend a Second Amended Class Complaint is GRANTED. It is further

ORDERED that Plaintiffs' Second Amended Class Complaint is deemed FILED.

Date:_____       _____
                                                                    The Honorable Henry H. Kennedy, Jr.
                                                                    United States District Judge