UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ) | |
| ) | Civil Action No.  06-0522 (HHK) |
| Plaintiff, ) | |
| ) | CLASS ACTION |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended Class Complaint, pursuant to Fed. R. Civ. P. 42(a), and LCvR 40.5(d), it is,

ORDERED that Plaintiff's Motion to Consolidate Related Cases is GRANTED. It is further

ORDERED that *Burns v. District of Columbia*, Case No. 1:06-CV-01198 (RBW), be reassigned in accordance with LCvR 40.5(c).


Date:_____          _____
                                                                        The Honorable Henry H. Kennedy, Jr.
                                                                        United States District Judge