UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARRINA BYRD, : | |
| : | |
| Plaintiff, : | |
| : | No. 1:06cv0522 (HHK) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT
MOTION TO EXTEND THE TIME TO FILE ITS OPPOSITION TO
PLAINTIFF'S MOTION AMENDED/CORRECT AMENDED COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, respectfully moves this Court, pursuant to Fed. R. Civ. Pro. 6 (b)(1), LCvR 7 (m), for an order extending the time for the District to file its opposition to plaintiff's motion to amended/correct amended complaint from Monday October 30, 2006 up to and including Friday November 3, 2006.  In support of this motion the District states as follows:

1. This case arises out of claims of alleged employment discrimination in violation of Title VII and the DC Human Rights Act.

2. On October 16, 2006, plaintiff filed a motion to consolidate related cases.

3. The District's opposition to plaintiff's motion is due on October 30, 2006.

4. There is good cause to grant this motion because undersigned counsel's busy calendar has hindered the District from filing its opposition on or before October 30, 2006.

5. At the time that plaintiff filed her motion, undersigned counsel was working on a post-trial motion, which consumed a considerable amount of undersigned counsel's time and

attention.

6. This motion is timely as it is being filed prior to the expiration date when the District's opposition is due.

7. Counsel for plaintiff has consented to this motion and, therefore, plaintiff will not be prejudiced if this motion is granted.

8. This is the District's first request to extend time to file its opposition to plaintiff's motion to amend/correct amended complaint.

A memorandum of points and authorities accompanies this motion.

> Respectfully submitted,
>
> ROBERT J. SPAGNOLETTI
> Attorney General for the District of Columbia
>
> GEORGE VALENTINE
> Deputy Attorney General, Civil Litigation Division
>
>
> /s/Nicole L. Lynch/s/
> NICOLE L. LYNCH
> Chief Civil Litigation Division Section II
>
> /s/David A. Jackson/s/
> DAVID A. JACKSON
> Assistant Attorney General
> Bar Number 471535
> Office of the Attorney General
> 441 Fourth Street, NW, 6 South
> Washington, D.C. 20001
> Direct Line: (202) 724-6618
> Facsimile: (202) 727-3625
> E-mail: davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARRINA BYRD, | : | |
| Plaintiff, | : | |
| v. | : | No. 1:05cv978 (RBW) |
| DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO EXTEND THE TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO AMENDED/CORRECT AMENDED COMPLAINT**

Rule 6(b) (1) of the Federal Rules of Civil Procedure permits an extension of time when a request is made prior to the expiration of the time originally prescribed. This motion is timely as it is being filed prior to the expiration date, October 30, 2006, when the District's opposition to plaintiff's motion to amended/correct amended complaint is due. This motion does not seek to change any other scheduled event in this matter. This is the District's first request for an extension of time to file its opposition to plaintiff's motion to amended/correct amended complaint.

There is good cause to grant this motion because undersigned counsel's busy calendar has hindered the District from filing its opposition on or before October 30, 2006. At the time that plaintiff filed her motion, undersigned counsel was working on a post- trial motion, which consumed a considerable amount of undersigned counsel's time and attention. Counsel for

3

plaintiff consents to this motion and, therefore, plaintiff will not be prejudiced if this motion is granted.

WHEREFORE, District respectfully moves this Court to grant the instant Motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/Nicole L. Lynch/s/
NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov

4