UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, : | |
| Plaintiff, : | |
| v. : | No. 1:06cv0522 (HHK) |
| DISTRICT OF COLUMBIA, : | |
| Defendant. : | |

**PROPOSED ORDER**

Upon consideration of Defendant's Consent Motion to Extend Time to File Opposition to Plaintiff's Motion to Amended/Correct Amended Complaint, the Memorandum of Points and Authorities in Support thereof, the consent of counsel for plaintiff and the entire record herein, it is this _____ day of _____ 2006,

ORDERED that the motion is GRANTED; and it is

ORDERED that the District's Opposition to Plaintiff's Motion to Amend/Correct Amended Complaint is extended up to and including November 3, 2006

So ordered.

_____
Judge Henry H. Kennedy
United States District Court
For the District of Columbia


Copies to:

All Counsel of Record Via ECF