UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, | : |
| Plaintiff, | : |
| v. | : No. 1:06cv0522 (HHK) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## PROPOSED ORDER

Upon consideration of Defendant's Consent Motion to Extend Time to File Opposition to Plaintiff's Motion to Consolidate Related Cases, the Memorandum of Points and Authorities in Support thereof, the consent of counsel for plaintiff and the entire record herein, it is this _____ day of _____ 2006,

ORDERED that the motion is GRANTED; and it is

ORDERED that the District's Opposition to Plaintiff's Motion to Consolidate Related Cases is extended up to and including November 3, 2006

So ordered.

_____
Judge Henry H. Kennedy
United States District Court
For the District of Columbia

Copies to:

All Counsel of Record Via ECF