UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, | : |
| Plaintiff, | : |
| v. | : No. 1:06cv0522 (HHK) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Consolidate Related Case, the Memorandum of Points and Authorities in Support thereof, the Defendant's Opposition thereto, the Reply, if any, and the entire record herein, it is this _____ day of _____ 200___,

ORDERED that Plaintiff's Motion is DENIED

So ordered.

_____
Judge Henry H. Kennedy
United States District Court
For the District of Columbia

Copies to:

All Counsel of Record Via ECF