UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, | : |
| Plaintiff, | : |
| v. | : No. 1:06cv0522 (HHK) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**DEFENDANT DISTRICT OF COLUMBIA'S SECOND CONSENT
MOTION TO EXTEND THE TIME TO FILE ITS OPPOSITION
TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED
CLASS COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, respectfully moves this Court, pursuant to Fed. R. Civ. Pro. 6 (b)(1), LCvR 7 (m), for an order extending the time for the District to file its opposition to plaintiff's motion to file second amended class complaint from Friday, November 3, 2006 up to and including Friday, November 10, 2006.  In support of this motion the District states as follows:

1. This case arises out of claims of alleged employment discrimination in violation of Title VII and the DC Human Rights Act.

2. On October 31, 2006, this Court granted the District's consent motion to extend time to file its opposition to plaintiff's motion to amend/correct amended complaint (Document 26) and consent motion to file opposition to plaintiff's motion to consolidate related cases (Document 27) to November 3, 2006.

3. The District's oppositions to plaintiff's motion to consolidate related cases will be filed timely but the District seeks an additional week to file its opposition to plaintiff's  motion to file

second amended class complaint. Thus the District requests that the time to file its opposition to plaintiff's motion to file second amended class complaint be extended up to and including Friday November 10, 2006.

4. There is good cause to grant this motion because undersigned needs additional time to gather facts and research the legal argument to support the District's opposition to plaintiff's motion to file second amended complaint.

5. In its opposition the District believes that it will be able to show that it would be futile to grant plaintiff's motion to file amended class complaint.

6. In the interest of justice and judicial economy it is better for claims that lack merit to be dismissed early in litigation.

7. Counsel for Plaintiff has consented to this motion.

8. Plaintiff will not be prejudiced if this motion is granted.

A memorandum of points and authorities accompanies this motion.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/Nicole L. Lynch/s/
    NICOLE L. LYNCH
    Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARRINA BYRD, | : |
| Plaintiff, | : |
| v. | : No. 1:05cv978 (RBW) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S SECOND CONSENT MOTION TO EXTEND THE TIME
TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND
AMENDED CLASS COMPLAINT**

Rule 6(b) (1) of the Federal Rules of Civil Procedure permits an extension of time when a request is made prior to the expiration of the time originally prescribed. This motion is timely as it is being filed prior to the expiration date, November 3,, 2006, when the District's opposition to plaintiff's motion to file second amended class complaint is due.

There is good cause to grant this motion because undersigned needs additional time to gather facts and research the legal argument to support the District's opposition to plaintiff's motion to file second amended complaint. In its opposition the District believes that it will be able to show that it would be futile, in part or in whole, to grant plaintiff's motion to file amended class complaint. In the interest of justice and judicial economy it is better for claims that lack merit to be dismissed early on in litigation.

Plaintiff will not be prejudiced if this motion is granted.

4

WHEREFORE, District respectfully moves this Court to grant the instant Motion.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/Nicole L. Lynch/s/
    NICOLE L. LYNCH
    Chief Civil Litigation Division Section II

    /s/David A. Jackson/s/
    DAVID A. JACKSON
    Assistant Attorney General
    Bar Number 471535
    Office of the Attorney General
    441 Fourth Street, NW, 6 South
    Washington, D.C.  20001
    Direct Line: (202) 724-6618
    Facsimile: (202) 727-3625
    E-mail:  davida.jackson@dc.gov