UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:06-0522 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME TO FILE HER REPLY BRIEFS IN SUPPORT OF THE MOTION TO CONSOLIDATE RELATED CASES AND THE MOTION TO AMEND THE COMPLAINT**

Plaintiff, through her undersigned counsel, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1) and LCvR 7(m), for an order extending the time for Plaintiff to file her replies in support of the motion to consolidate related cases and the motion to amend/correct the complaint. Currently, Plaintiff's reply regarding the motion to consolidate is due November 10, 2006, and the reply regarding the motion to amend the complaint is due November 17, 2006. Plaintiff requests an extension of these deadlines until Tuesday, November 21, 2006. In support of this motion, the Plaintiff states as follows:

1. On November 6, 2006, this Court granted Defendant's motion to extend the deadline for filing its opposition to Plaintiff's motion to amend/correct the complaint, so that Defendant's opposition is now due November 10, 2006.

2. Plaintiff believes the arguments made in Defendant's opposition to the motion to amend/correct the complaint will be applicable to Plaintiff's replies regarding the motion to consolidate and the motion to amend/correct the complaint.

3. Accordingly, Plaintiff requests a short extension in order to review Defendant's opposition to the motion to amend/correct the complaint once it has been filed and to then conduct any further legal research and/or factual investigation that may be necessary.

4. Counsel for Defendant has consented to this motion.

5. Defendant will not be prejudiced if the motion is granted.

A memorandum of points and authorities as well as a proposed order is attached hereto for the Court's consideration.

Respectfully submitted this 9th day of November, 2006.

 s/ Eric K. Bachman_____
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Eric K. Bachman (DC Bar No. 481993)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown (D.C. Bar # 246314)
**GARY T. BROWN & ASSOCIATES, P.C**.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

*ATTORNEYS FOR THE PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By: /s/ Eric K. Bachman         .
*Attorney for Plaintiff*