UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD ) | |
| ) | |
| ) | |
| ) | Civil Action No.  06-0522 (HHK) |
| Plaintiff, ) | |
| ) | CLASS ACTION |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXTEND
THE TIME TO FILE HER REPLY BRIEF IN SUPPORT
OF THE MOTION TO CONSOLIDATE RELATED CASES
AND THE MOTION TO AMEND THE COMPLAINT**

In accordance with Fed. R. Civ. P. 6(b)(1) and LCvR 7(m), this Court may enter an order extending the time for Plaintiff to file her reply briefs in support of the motion to consolidate related cases and the motion to amend/correct the complaint.  The current deadlines for Plaintiff's reply brief regarding the motion to consolidate and the reply brief regarding the motion to amend the complaint are November 10 and November 17, 2006, respectively.  The instant motion is timely filed prior to the expiration of either deadline.  Plaintiff requests an extension of these deadlines until Tuesday, November 21, 2006.

Good cause exists to grant this motion because Plaintiff will not receive Defendant's opposition to the motion to amend/correct the complaint until November 10, 2006.  Plaintiff believes the arguments made in Defendant's opposition to the motion to amend/correct the complaint will be applicable to Plaintiff's reply briefs regarding the motion to consolidate and the motion to amend/correct the complaint.  Accordingly, Plaintiff requests a short extension in

order to review Defendant's opposition to the motion to amend/correct the complaint once it has been filed and to then conduct any further legal research and/or factual investigation that may be necessary. Finally, Defendant has consented to this motion and will not be prejudiced if it is granted.

Therefore, Plaintiff respectfully requests that the Court grant the motion.

Respectfully submitted this 9th day of November, 2006,

/s/ Eric Bachman_____
Timothy B. Fleming (DC Bar No. 351114)
Eric K. Bachman (DC Bar No. 481993)
Lori B. Kisch (DC Bar No. 491282)
**WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC**
7 Dupont Circle, NW, Suite 200
Washington, DC  20036
(202) 467-4123
(202) 467-4489 (facsimile)
ebachman@wcqp.com


Gary T. Brown (D.C. Bar No. 246314)
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
 (202) 393-4900

*Attorneys for Plaintiffs*