UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD,          )<br>                              )<br>     Plaintiff,               )<br>                              )<br>     v.                        )<br>                              )<br>DISTRICT OF COLUMBIA,  )<br>                              )<br>     Defendant.            )<br>_____) | Civil Action No. 06-0522 (HHK)<br><br>CLASS ACTION |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend the Time to File Her Reply Briefs in Support of the Motion to Consolidate Related Cases and the Motion to Amend the Complaint, it is,

ORDERED that Plaintiff's Motion to Extend the Time is GRANTED.

It is further ORDERED that Plaintiff's reply briefs in support of her motion to consolidate related cases and the motion to amend the complaint shall be filed no later than November 21, 2006.

Date:_____           _____
                                                                    The Honorable Henry H. Kennedy, Jr.
                                                                    United States District Judge