UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD,<br><br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant. | :<br>:<br>:<br>:   No. 1:06cv0522 (HHK)<br>:<br>:<br>:<br>: |

**PROPOSED ORDER**

Upon consideration of Defendant's Consent Motion to Extend Time to File Opposition to Plaintiff's Motion to Amended/Correct Amended Complaint, the Memorandum of Points and Authorities in Support thereof, the consent of counsel for plaintiff and the entire record herein, it is this _____ day of _____ 2006,

ORDERED that the motion is GRANTED; and it is

ORDERED that the District's Opposition to Plaintiff's Motion to Amend/Correct Amended Complaint is extended up to and including November 3, 2006

So ordered.

                                                          Judge Henry H. Kennedy
                                                          United States District Court
                                                          For the District of Columbia

Copies to:

All Counsel of Record Via ECF