UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ) | |
| ) | Civil Action No. 06-0522 (HHK) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

# EXHIBIT 3

### TO PLAINTIFF'S REPLY IN SUPPORT OF HER MOTION FOR LEAVE TO FILE A SECOND AMENDED CLASS COMPLAINT

# GARY T. BROWN & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### 320 Maryland Avenue, N.E.
### Suite 100
### Washington, D.C. 20002

Gary T. Brown
Peter E. Mina

Admitted in:

DC & MD Federal Courts
MA (limited to matters and proceedings
before federal courts and agencies)

March 23, 2006

By First Class Mail

Office of Risk Management
ATTN: Claims
Washington, DC 20001
441 4th Street, NW, Suite 800 Sou

Re: Garrina Byrd.-Notice of Claim under D.C. 12-309

To Whom It May Concern:

    This correspondence is to provide notice of injury under D.C. Code §12-309 for this firm's client, Ms. Garrina Byrd, under the D.C. Whistleblower Protection Act of 1998, as amended, D.C. Code §1.615-51 *et seq*. Ms. Byrd, from July, 2001 through December 31, 2005, was an employee of the Department of Parks and Recreation where, from the fall of 2002, she held the position of Clerical Assistant.

    On December 8, 2005, Ms. Byrd testified before the D.C. City Council Committee on Education, Libraries and Recreation, detailing abuse of authority and violations of law committed by Department of Parks and Recreation officials. As a result of her protected activity, Ms. Byrd was retaliated against in a number of ways. She was transferred to another location, effective December 12, 2005, without discussion, far away from her children's school and day care. Ms. Byrd's hours were changed so as to make it extremely difficult to pick up her children before these facilities closed. Ms. Byrd was told she would be retained but was terminated, without notice after she appeared before the D.C. City Council. Ms. Byrd raised these issues with her superiors but received no response.

    Ms. Byrd was notified of her termination after she had left work on Friday, December 30, 2005, her last day of work prior to the expiration of her 13-month

Telephone: (202) 393-4900  Facsimile: (202) 393-4903
Email: GTBFirm@GaryTBrown.com  Website: www.GaryTBrown.com

Office of Risk Management
March 20, 2006
Page Two

appointment. She had received no prior notice or any complaints regarding her performance.

    As a result, Ms. Byrd seeks an injunction ceasing the harassment and further relief including, reinstatement, back pay, compensatory damages, training for Department of Parks & Recreation managers in retaliation and the Whistleblower Protection Act (WPA) and attorneys' fees and reasonable costs. We look forward to your response.

Sincerely,

Gary T. Brown