UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARRINA BYRD,**<br><br>             Plaintiff,<br><br>     v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>             Defendant. | Civil Action 06-00522<br>(HHK) |

## ORDER

Before the court are the motions of plaintiff for leave to file an amended complaint [#24] and to consolidate this case with *Burns v. District of Columbia*, No. 06-cv-1198 [#25]. Having reviewed the motions, the oppositions thereto, and the record of this case it is this 23rd day of November, 2006, hereby

**ORDERED** that the motion for leave to amend the complaint [#24] is **GRANTED**; and it is further

**ORDERED** that the motion to consolidate [#25] is referred to Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, <u>all</u> filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned Judge. *See* LCvR 5.1(f).

                                         Henry H. Kennedy, Jr.
                                         United States District Judge