IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **GARRINA BYRD and ANNETTE BURNS,**<br><br>Individually and on Behalf of all Similarly Situated Persons,<br><br>   Plaintiffs,<br><br>   v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No: 06-0522 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL AND APPEARANCE OF COUNSEL

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General David Jackson as attorney for the District of Columbia in this case and enter the appearance of Assistant Attorney General Toni Michelle Jackson as attorney for the District of Columbia.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

          /s/
NICOLE L. LYNCH (471953)
Chief, General Litigation Section II

          /s/
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001

(202) 724-6602  
(202) 727-3625 (fax)  
E-mail: <toni.jackson@dc.gov>

2