# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE BURNS, for herself and all Others similarly situated 1363 Barnaby Terrace, SE, Washington DC 20032           Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA,           Defendant. | Civil Action No. 06-1198 (RBW) |

## AFFIDAVIT

I, **NADINE CHANDLER WILBURN**, swear and affirm that the following is true and accurate to the best of my knowledge, information and belief:

1. I am the Assistant Deputy Attorney General for the Civil Litigation Division, Office of the Attorney General for the District of Columbia. In that capacity, I assist the Deputy of the Division with, among other things, the operation of the Division. The Deputy and the Assistant Deputy had supervisory authority over the Claims Unit, which was part of the Division, until December 15, 2003. At that time, the jurisdiction over claims, and the claims investigation process was transferred to the District of Columbia Office of Risk Management. While under my supervision, the Claims Unit received, processed, and investigated potential claims against the District of Columbia, pursuant to D.C. Official Code § 12-309.

2. Receipt of written notice of claims against the District of Columbia came directly to the Corporation Counsel's Claims Unit or to the Claims Unit from the Mayor's Correspondence Unit for processing. When the Claims Unit in the operation Counsel's Office received notices of

claims either from the Mayor's Office or directly, the Claims Unit logged receipt of such notice in its Matter Management System. The Civil Litigation Division maintains its claims Matter Management System for claims received and processed while the Claims Unit was in the Division.

3. I have conducted a diligent search of the records of the Office of the Attorney General and have requested that the Office of the Mayor conduct a search of its records. The result of both searches is that a claim letter from or on behalf of Annette Burns relating to her potential claim against the District of Columbia as alleged in the complaint in this matter was not received by the Office of the Attorney General. I understand that the Complaint involves allegations of adverse employment actions and hostile work environment under both Title VII of the Civil Rights Act and the District of Columbia Human Rights Act.

4. I have provided this affidavit of my own free will and was neither coerced, threatened nor promised remuneration of any kind to do so.

Dated: 8/_3_/06

NADINE CHANDLER WILBURN

I, _____, a Notary Public in and for the District of Columbia, do hereby certify that, NADINE CHANDLER WILBURN, whose name is signed to the foregoing Affidavit, bearing the date the _3rd_ day of _August_, 2006, personally appeared before me and executed the said Affidavit, and acknowledged the same to be her act and deed.

And the said, NADINE CHANDLER WILBURN, further made oath that she had carefully read and fully understood the same, and that her execution thereof was voluntary.

Given under my hand and official seal this _3rd_ day of _August_, 2006.

_____   My commission expires: _3/28/09_
NOTARY PUBLIC

2