# EXHIBIT 4

Standard Form 50
Rev 3/06
District of Columbia Government

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Burns, Annette | 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 | 11-16-1977 | 01-19-2004 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | NTE | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|---|
| 357 | Termination | 01-19-2004 | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| 065 | DPM Chapter 31B / Def Termination & Non Pay | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

**7. FROM: Position Title and Number**
MISSING TITLE
PD: 003199       Position: 00018987

**15. TO: Position Title and Number**

| 8. Pay Plan | 9. Occ. CD | 10. Grd/Lvl | 11. Step/Rate | 12. Tot. Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. CD | 18. Grd/Lvl | 19. Step/Rate | 20. Tot. Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WS | 4749 | 05 | 3 | $14.97 | PH | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $14.97 | $0 | $14.97 | $0 | | | | |

**14. Name and Location of Position's Organization**
Parks and Recreation, Department of
Parks and Recreation Agency

Washington DC USA

**22. Name and Location of Position's Organization**

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 – 1-None  2-5 Point  3-10 Point/Disability  4-10 Point/Compensable  5-10 Point/Other  6-10 Point/Compensable/30% | 0-None  1-Permanent  2-Conditional  3-Indefinite | | YES / X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  Basic + Option C (4x) | 9  Not Applicable | 0  Regular Rate |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 5  MPD Retirement 7% -With Med | 11-05-2001 | F  Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Union Code / Barg Unit |
|---|---|---|---|
| 1 – 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved  E-Exempt  N-Nonexempt | N | | / |

| 38. Employee Class | 39. Other Benefits |
|---|---|
| | DCB |

| 40. EMPLID/RCD | 41. DRBCD | 42. DEPT ID | 43. Location ID | 44. Date Processed |
|---|---|---|---|---|
| 00019132 / 0 | 11-05-2001 | HA10000000 | LOCDC00014 | 12-06-2004 |

Address:   1363 BARNABY TER SE
WASHINGTON DC 200324306

**45. Remarks**

**46. Employing Department or Agency**
District Of Columbia Govt
Parks and Recreation, Department of

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DCGHA | BF40 | |

**50. Signature/Authentication and Title of Approving Official**