# EXHIBIT 5

This form is affected by the Privacy Act of 1974. See Privacy Act Statement before completing this form.

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., etc.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Garrina C. Byrd | (202) 610-3983 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2845 Robinson Pl., S. E., #204, Washington, DC 20020 | | 10/24/1977 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Incl. Area Code) |
|---|---|---|
| D.C. Parks & Recreation | Cat D (501 +) | (202) 727-5460 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1535 Half Street, S. W., Washington, DC 20024 | | 01 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 07/31/2001   LATEST 03/31/2005
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I believe that I have been discriminated against on the basis of my gender (female) in my subjection to sexual harassment in my workplace. The particulars are:

In July 2001, I was hired by Respondent in the Welfare to Work Program. I was promoted from that Program to Summer employment and then given a 13-month employment appointment. From my first day of work in the Welfare to Work Program, the Chief of Facilities Management began touching me inappropriately.

The Chief would grab my breasts or my behind and if I had on a skirt, he would try to put his hand up my skirt. About September 2001, I reported to the Staff Assistant who was my Supervisor, that the Chief was touching me inappropriately. She only said, "Tell him to stop" and nothing else was done.

The touching progressed to the point where the Chief began asking for sex and when I refused, he threatened me by saying that he would not extend my 13-month employment for another term. When I asked to go out and work in the field to get away from the office, the Chief denied my request.

I began to consent to the Chief's requests for sex because I was afraid that I would lose my employment. The sex and touching always

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 4/6/05   Charging Party (Signature)

NOTARY (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 07/89)

CHARGING PARTY COPY

---
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
---

occurred in the Chief's office, however, once when my friend visited me at work she observed the Chief touching me. She also heard him ask me for sex when he called me on my cell phone.

Therefore, I charge Respondent with a discriminatory act against me on the basis of my gender when the Chief subjected me to sexual harassment and threatened to discontinue my employment in violation of Title VII of the Civil Rights Act and the D.C. Human Rights Act. I have not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein except: CROSSED FILED WITH THE EEOC.