UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD and ANNETTE BURNS<br><br>Individually and on Behalf of all Similarly Situated Persons,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0522 (HHK)<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES**

Plaintiffs, through their undersigned counsel, respectfully file this Notice of Withdrawal of the Motion to Consolidate Related Cases. Because the Court has granted the Motion for Leave to File a Second Amended Class Complaint, which includes Plaintiff Annette Burns, and because the parties have filed a joint motion to dismiss the complaint filed in Judge Walton's court (civil number 06-1198), the motion to consolidate may be withdrawn.

1

Respectfully submitted this 27th day of February, 2007.

 s/ Eric K. Bachman
Eric K. Bachman (DC Bar No. 481993)
Lori B. Kisch (DC Bar No. 491282)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown (D.C. Bar # 246314)
**GARY T. BROWN & ASSOCIATES, P.C**.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

*ATTORNEYS FOR THE PLAINTIFFS*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By: /s/ Eric K. Bachman          .
*Attorney for Plaintiff*