UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARRINA BYRD and                      )
ANNETTE BURNS                         )
                                      )
Individually and on Behalf of all     )
Similarly Situated Persons,           )
                                      )    Civil Action No.  06-0522 (HHK)
        Plaintiff,                    )
                                      )
            v.                        )
                                      )
DISTRICT OF COLUMBIA,                 )
                                      )
        Defendant.                    )
_____)

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion for Leave to File a Third Amended

Complaint, pursuant to Fed. R. Civ. P. 15(a), it is,

ORDERED that Plaintiffs' Motion for Leave to Amend a Third Amended

Complaint is GRANTED. It is further

ORDERED that Plaintiffs' Third Amended Complaint is deemed FILED.


Date:_____        _____
                                    The Honorable Henry H. Kennedy, Jr.
                                    United States District Judge