UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARRINA BYRD, et al.,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　　**Defendant.** | Civil Action 06-00522  (HHK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY

　　It is this 30th day of May, 2007, hereby

　　**ORDERED** that plaintiffs' motion for leave to file a third amended complaint [#44] is hereby referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, *all* filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned Judge.  *See* LCvR 5.1(f).

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge