UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD and ANNETTE BURNS,  Individually and on Behalf of all Similarly Situated Persons,  Plaintiff,  v.  DISTRICT OF COLUMBIA,  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0522 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO ENTER PROTECTIVE ORDER**

The parties, through their undersigned counsel, hereby respectfully move the Court to enter an agreed upon Protective Order governing use of any confidential records that will be disclosed in this litigation, as well as any other confidential information disclosed in this litigation pursuant to Fed. R. Civ. P. 26(c)(7).

The parties anticipate the disclosure of confidential mental health and personal information in this case that is protected from disclosure under the D.C. Mental Health Information Act, D.C. Code §§ 7-1201.01-1208.07 and other applicable law, including laws and regulations protecting health information and personnel/employment matters. The release and/or exchange of the requested information without a protective order in place would compromise the privacy of the plaintiffs and the privacy of District employees whose personal information may be contained in these records. For privacy reasons and in the interest of complying with both federal and local law, the parties agree that any information identified as CONFIDENTIAL or

–2–

CONFIDENTIAL—FOR ATTORNEYS' EYES ONLY with respect to the records will remain privileged and confidential, and will only be used in connection with this litigation. A copy of the parties' Agreed Protective Order is attached hereto as Exhibit 1.

Respectfully submitted this 14th day of June, 2007.

| | |
|---|---|
| /s/ Eric Bachman_____ <br> Timothy B. Fleming (DC Bar 351114) <br> Lori B. Kisch (DC Bar 491282) <br> Eric K. Bachman (DC Bar 481993) <br> **Wiggins, Childs, Quinn & Pantazis, PLLC** <br> 2031 Florida Avenue, NW, Suite 300 <br> Washington, DC 20009 <br> (202) 467-4123 <br> (202) 467-4489 (facsimile) <br><br> Gary T. Brown (D.C. Bar # 246314) <br> **Gary T. Brown & Associates, P.C.** <br> 320 Maryland Avenue, N.E., Suite 100 <br> Washington, D.C. 20002 <br> (202) 393-4900 <br><br> *Attorneys for Plaintiffs* | /s/ Toni Jackson (with permission) <br> Toni M. Jackson (D.C. Bar 453765) <br> Assistant Attorney General <br> 441 Fourth Street, N.W. <br> Suite 6S052 <br> Washington, DC 20001 <br> (202) 724-6602 <br> (202) 727-3625 (facsimile) <br><br> *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By:   /s/ Eric K. Bachman            .
  *Attorney for Plaintiff*