UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS AND CARMEN JEAN-BAPTISTE,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　Defendant. | Civil Action No. 06-0522 (HHK) |

**MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant defendant's motion to enlarge the time by which they must file a pleading in response to the plaintiff's Third Amended Complaint by an additional ten (10) days (excluding weekends and holidays) to August 6, 2007.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On July 16, 2007, undersigned counsel e-mailed plaintiff's counsel, Eric Bachman, to seek consent to the relief requested in this Motion. Mr. Bachman responded that plaintiffs will not oppose the motion.

Dated: July 17, 2007.　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　　　　　　Attorney General for the
　　　　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

    /s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

    /s/Toni Michelle Jackson\_\_
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
E-Mail: toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2007, I caused the foregoing MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFFS' THIRD AMENDED COMPLAINT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

**Gary T. Brown**
**Gary T. Brown & Associates, P.C.**
**320 Maryland Ave., N.E.**
**Suite 100**
**Washington, D.C. 20002**

**Eric K. Bachman**
**Wiggins, Childs, Quinn & Pantazis, PLLC**
**7 Dupont Circle, N.W., Suite 200**
**Washington, D.C. 20036**

    /s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS AND CARMEN JEAN-BAPTISTE,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 06-0522 (HHK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant defendant's motion to enlarge the time by which they must file a pleading in response to the plaintiff's Third Amended Complaint by an additional ten (10) days (excluding weekends and holidays). The Motion should be granted for the reasons set forth below:

1. The plaintiffs filed their third amended complaint on July 6, 2007, alleging that they were subjected to "systemic discrimination and retaliation whjile employed with the D.C. Department of Parks and Recreation ("DPR"). *See* Complaint, *et. seq.* Specifically, the plaintiffs allege that DPR employees sexually harassed them and created, among other things, a hostile work environment. *Id.*

2. The plaintiffs filed the Third Amended Complaint on July 6, 2007. A responsive pleading therefore is due on or before July 20, 2007.

3. Undersigned counsel respectfully requests the additional time to enable her to complete the investigation into plaintiffs' claims and file a responsive pleading in this matter.

3

4. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the defendant respectfully requests that the Court grant the extension.

5. The plaintiffs will not be prejudiced by the granting of this Motion as the Third Amended Complaint was filed on July 6, 2007.

WHEREFORE, for the reasons stated herein, defendants respectfully request that this Court expand the time to file a responsive pleading by ten (10) days (excluding weekends and holidays), up to and including August 6, 2007.

Dated: July 17, 2007.                          Respectfully Submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

____/s/Toni Michelle Jackson___
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
E-Mail: toni.jackson@dc.gov

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.