UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARRINA BYRD, et al.,**<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　　Defendant. | Civil Action 06-00522 (HHK) |

## ORDER

Magistrate Judge Alan Kay granted plaintiffs' motion for leave to file a third amended complaint [#44] on July 5, 2007. Accordingly, it is this 17th day of July, 2007, hereby

**ORDERED** that defendant's motion to dismiss (or in the alternative for summary judgment) regarding the claims of plaintiff Burns [#38 and #39] is **DENIED** as moot.

　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge