UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS AND CARMEN JEAN-BAPTISTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 06-0522 (HHK) |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant defendant's motion to continue the status hearing currently scheduled for September 7, 2007.

A Memorandum of Points and Authorities in support of this Motion to Continue is attached hereto. On August 15, 2007, undersigned counsel e-mailed and telephoned plaintiff's counsel, Eric Bachman, to seek consent to the relief requested in this Motion. Mr. Bachman responded that plaintiffs would not oppose the motion.

Dated: August 16, 2007.

Respectfully Submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_\_\_/s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief

General Litigation § II

___/s/Toni Michelle Jackson___
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
E-Mail: toni.jackson@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2007, I caused the foregoing UNOPPOSED MOTION TO CONTINUE STATUS HEARING to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

**Gary T. Brown
Gary T. Brown & Associates, P.C.
320 Maryland Ave., N.E.
Suite 100
Washington, D.C. 20002**

**Eric K. Bachman
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Avenue, N.W., Suite 300
Washington, D.C. 20009**

____/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON
Assistant Attorney General

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS AND CARMEN JEAN-BAPTISTE,  Plaintiffs,  v.  DISTRICT OF COLUMBIA,  Defendant. | Civil Action No. 06-0522 (HHK) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION TO CONTINUE STATUS HEARING

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant defendant's motion to continue the status hearing set for September 7, 2007. The Motion should be granted for the reasons set forth below:

1. By Order dated May 24, 2007, the Court set a status hearing for September 7, 2007.

2. Undersigned counsel is scheduled for vacation from August 31, 2007 through September 9, 2007, and will not be able to attend the hearing.

3. Counsel for plaintiffs was consulted and advised that he would not oppose the motion, and agrees to the continuance subject to the Court's schedule.

4. Counsel for plaintiffs and defendant respectfully request that the status hearing be rescheduled for the earliest available date in the Court's schedule.

WHEREFORE, for the reasons stated herein, defendant respectfully request that this Court continue the Status Hearing set for September 7, 2007.

Dated: August 16, 2007.                    Respectfully Submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

____/s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

___/s/Toni Michelle Jackson___
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
E-Mail: toni.jackson@dc.gov