# EXHIBIT 4



### American Federation of Government Employees
*Affiliated with the AFL-CIO*
District of Columbia Government LOCAL 2741
Department of Parks & Recreation
P.O. Box 64026 ○ Washington, D.C. 20029

April 7, 2005

**MEMORANDUM**

TO:  Kathy Patterson, Chair
     Education, Libraries and Recreation

FROM: Deborrah E. Jackson, President
      AFGE Local 2741
      Department of Parks and Recreation

SUBJECT: Employee Concerns with Department of Parks and Recreation

---

The following issues have been brought to the Union by employees within the agency. There have been numerous attempts, with no success, by Union leadership to ascertain information from the Interim Director, Neil Stanley. Perhaps, through your oversight, this information will be forthcoming.

### STAFF

- Violation of Union contract regarding new hires. Positions are increasingly becoming temp/term appointments. No interviews for permanent positions since April 20, 2004, when two (2) DS-188-07 vacancies existed. Posting of four (4) DS-188-07 recreation specialists and four (4) DS-188-09 recreation specialists will be announced within the next two weeks. These eight (8) positions will be permanent. Neil Stanley claims that his requests for permanent positions are not being honored by DC Office of Personnel.

- Union filed the Unfair Labor Practice (ULP) to have the temps and terms converted to permanent positions. In many instances employees have worked 20 to 30 years in term positions. It takes no more funds to convert staff from temp/term positions to permanent.

- Instead of 13-month appointments, employees' appointments have been reduced to not to exceed 3 and 6 months without explanation. Former Director, Neil

GB 00045

Albert began this practice. On December 1, 2004, Neil Stanley stated to the Union that employees will be returning to 13-month appointments. To date, process is being done on a case by case basis – cannot ascertain how many employees have been returned to 13-month appointments.

### *SUPPLIES/EQUIPMENT*

- Agency only purchases once a year – *Past Practice*: to purchase on a quarterly basis, coinciding with seasonal activities. An agency of this size needs to keep a reserve of supplies on hand. Recent walk-thru of warehouse on March 30, 2005, revealed a scarcity of supplies on shelves.

### *MSS POSITIONS*

- Interviews are being conducted by circumventing the established process in place to bring individuals from outside of the agency, thereby eliminating the promotional potential of those employees who are presently in the bargaining unit to qualify and interview for said positions. Oftentimes, these outside applicants have no prior experience. No explanation given for this practice by Neil Stanley.

- New centers on line: Takoma, Hillcrest, North Michigan Park, and Kennedy have MSS-11 employees on 120-day details. *Past Practice*: positions at new centers are interviewed at least 90 days prior to opening. Two (2) MSS-11 positions to be posted. Do not know if positions are to be permanent or term appointments.

### *FACILITY MAINTENANCE*

Maintenance employees have not been issued uniforms in the last three (3) years. Employees who have been with the agency less than 3 years are wearing their street clothes.

Complaints from custodial staff include that insufficient quantities of cleaning supplies and materials are being doled out. Only approximately (15 – 20) bargaining unit employees are permanent in the landscaping, refuse collection, custodial services and maintenance divisions. We have not been able to ascertain an accurate number of promotions, if any, in the last year or, if any new positions have been requested in the 2006 budget.

Shortage of staff has greatly hampered the ability to address maintenance and custodial work orders generated from the field.

Day care facilities are mandated to be cleaned daily; however, three (3) facilities (New York Avenue, Watkins, and Stoddert Terrace) are being cleaned only three (3) days per week, which threatens accreditation of these facilities.

GB 00046

## BUDGET

**Do we have sufficient funding to operate the agency?**

- Where are the dollars to operate the agency if only purchasing supplies/equipment once a year?

- If there are no promotions or additional staff hired and sent to centers, why is there a shortage of such? Agency continues to operate centers with 1½ staff persons, and in a few instances, with only 1 staff person. Some of these understaffed centers are operating 7 days a week.

- Centers coming on line are inadequately staffed to operate facilities. Prime example – Aquatics staff being shifted from other sites to start up and maintain new programs at Takoma Recreation Center while their existing programs are lacking.

- Not able to enhance staff in field to augment increasing demands, yet constant hiring of administrative staff at headquarters on 16th Street.

- Supposedly, 800 tickets were received by agency to attend the Mayor's Charity Baseball game on April 3, 2005, at RFK Stadium. Staff unaware of this until April 5, 2005 when announced at staff meeting.

- There have been no discounted circus tickets, Wizards basketball tickets and no movie tickets for fall/winter (only for summer).

- Don't have computers or internet access. Interim Director expects numerous tasks to be performed via email or through inter/intranet access. Staff at some facilities are not accessible.

## SEXUAL HARRASSMENT

The Chief of Facility Maintenance has been allowed to sexually harass women in the workplace. At least three (3-6) allegations of sexual harassment against the Chief of Facility Maintenance were brought forth during Director, Neil Albert's and then, General Counsel, Neil Stanley's tenure. Neither of these administrators conducted in-house investigations. Repeated requests by the Union to Neil Albert to remove the Chief of Facility Maintenance from his position went unheeded. When Union Officials asked what intentions had management to address this issue, we were told by Neil Albert that the Office of Human Rights had it and an investigation was under way. Subsequently, we found that there was never any formal complaint lodged by anyone and the agency had not requested an investigation.

All of the women who came forward were summarily dismissed from employment because they were temporary employees. To this day, sexual harassment is on-going and

GB 00047

Interim Director Neil Stanley is aware and reluctant to do anything to terminate this seemingly acceptable practice and behavior.

## FIREARM ON GOVERNMENT PREMISES

This same Chief of Facility Maintenance has wielded an unregistered gun in the face of several employees, telling them in a threatening manner that he will fire them.

A meeting was held on March 24, 2005, with the President of the Union, the Interim Director, and the Chief of Facility Maintenance, where these allegations of threatening firearm wielding were made known. Neil Stanley said nothing of conducting an investigation to follow up on the allegations made in this matter. Unable to get any individual to swear out a warrant on the Chief of Facility Maintenance because of intimidation of being fired by the Chief of Facility Maintenance. Union feels that if no action is taken to address this serious and dangerous issue that once again, another cover-up is in the works.

An internal agency investigation, independent of the Interim Director because of his apparent bias, needs to take place immediately. The composition of the investigative committee is as follows:

> Chief of Staff
> Labor Liaison/EEO Officer
> Human Resources Specialist
> Union Official

The Union requests that the Chief of Facility Maintenance be removed immediately from his position and detailed to headquarters located on 16th Street until further notice. In addition, that all staff in the Facility Maintenance Division as well as all staff housed at the Half Street location, be interviewed privately, and that the findings be reported to the Chair of Committee on Education, Libraries and Recreation.

GB 00048