# EXHIBIT 5

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 570-2006-00399 |

| D.C. Office of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Annette Burns | (202) 561-1222 |

| CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 1363 Barnaby Terrace S.E., Washington, DC 20032 | 11/16/1977 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| D.C. Department of Parks and Recreation | 500 or More | 202-673-7665 |

| CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 3149 16th Street, NW Washington, DC 20010 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate boxes))

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)  LATEST (ALL)
1/2002              12/2003

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I began employment with the D.C. Department of Parks and Recreation in 2000 having been hired from the D.C. Welfare to Work Program, then known as ARISE. I was placed under the supervision of Mr. Darnell Thompson.

2. Over the course of my employment under him, I was subjected to continuous sexual harassment by Mr. Thompson. On April 30, 2002, he forced his tongue in my mouth and grabbed my left breast. I was eight months pregnant at the time of the incident.

3. I complained to my supervisor, Mr. James Boone as well as Deputy Director Neil Stanley and Director Neil Albert. I expressed fear over losing my job as I was on a temporary contract. With the help of ARISE, I drafted and submitted a formal complaint to the Department. (cont.)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Yes

I declare under penalty of perjury that the foregoing is true and correct.

Date 2/3/06   Charging Party (Signature) Annette Burns

NOTARY - (When necessary for State and Local Requirements)
Washington, D.C.  Subscribed and sworn to before me by Annette N. Burns on Feb. 3, 2006
Mary F. Vincent
Mary F. Vincent, Notary Public
Commission expires 03-31-08

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
Annette Burns

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
2/3/06

EEOC FORM 5 (Rev. 12/93)

GB 00004

**Attachment to Charge Particulars**

4. Because of the harassment, I was transferred to another location and then placed on administrative leave.
5. I returned to work and performed well, but I was terminated.
6. While I was employed, I knew of other women who were sexually harassed by Mr. Thompson. I have since learned of even others. If they did not submit to Mr. Thompson's demands, those people were also terminated.
7. I notified the Department of Parks and Recreation about my termination resulting from the harassment and my complaint.
8. I also notified them of the other people and have alleged it is a class action.
9. On January 20, 2006, I received notice from the Department of Parks and Recreation that they will no longer process my complaint.

GB 00005