# EXHIBIT 1

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | From: |
|---|---|
| Annette Burns<br>1363 Barnaby Terrace, S.E.<br>Washington, DC 20032 | Washington Field Office - 570<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2006-00399 | Janet Stump,<br>Acting Enforcement Supervisor | (202) 419-0700 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Dana R. Hutter_
Dana R. Hutter,
Director

MAR 31 2006
(Date Mailed)

Enclosures(s)

cc: Kimberley Flowers
Director
D.C. DEPT. OF PARKS & Recreation
3149 16th St., N.W.
Washington, DC 20010

# EXHIBIT 2

Case 1:06-cv-00522-HHK-AK    Document 41    Filed 12/21/2006    Page 2 of 3
Case 1:06-cv-00522-HHK    Document 10    Filed 06/19/2006    Page 1 of 7

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this | ☐ FEPA<br>☒ EEOC | |

| District of Columbia Office of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| NAME (Indicate Mr., Ms., Mrs.)<br>Ms. Garrina C. Byrd | HOME TELEPHONE (Include Area Code)<br>(202) 610-2426 |
|---|---|
| CITY, STATE AND ZIP CODE<br>2845 Robinson Pl., S.E., #204, Washington, D.C. 20020 | DATE OF BIRTH<br>10/24/1977 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>D.C. Department of Parks and Recreation | NUMBER OF EMPLOYEES, MEMBERS<br>500 or More | TELEPHONE (Include Area Code)<br>(202) 673-7665 |
|---|---|---|
| CITY, STATE AND ZIP CODE<br>3149 16th Street, NW Washington, DC 20010 | | COUNTY |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate boxes))

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)  LATEST (ALL)
4-2005                    12-2005

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. In July 2001, I was hired by Respondent through Project Empowerment, the District of Columbia's Welfare to Work program.
2. When my position was threatened by my immediate supervisor, I met with Mr. Darnell Thompson, Director of Facilities Management, who spoke to me in the presence of another coworker, about an office position.
3. In April 2005, I filed a charge of sexual harassment with the Department of Parks and Recreation and later with the EEOC. (see attached)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>*/s/ Garrina Byrd/* | SIGNATURE OF COMPLAINANT<br><br>*/s/ Garrina Byrd/*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date 5/9/06   Charging Party (Signature) */s/ Garrina Byrd/* | NOTARY - (When necessary for State and Local Requirements)<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 05-09-06<br>(Day, month, and year)<br>*/s/ Mary F. Vincent/*<br>Commission expires 03-31-08 |

EEOC FORM 5 (Rev. 12/93)

**Charge of Discrimination (cont.)**

4. I have been subjected to retaliation in the form of: 1) constant insults and gossip. 2) My duties have been gradually reassigned to other employees, 3) I was moved from my office to a space no larger than a closet and 4) After performing the duties of my position for three years, I was reevaluated to determine if I possessed the necessary skills for the same position. I was subjected to this review in the presence of a supervisor to whom I had complained of the prior sexual harassment who did not help me.
5. On December 8, 2005, I testified before the D.C. City Council Committee on Education, Libraries, and Recreation where I detailed the harassment that I have suffered.
6. Effective December 12, 2005 I was moved yet again when I was transferred to another location, without discussion far away from my children's school and day care and my hours were changed so as to make it extremely difficult to pick up my children before these facilities closed.
7. On Friday, December 30, 2005, the last work day before the expiration of my term appointment, I was notified of my termination after I left work, effective the next day. I had received no prior notice or any complaints about my performance.

# EXHIBIT 3

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

☐ FEPA
☐ EEOC

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Ms. Garrina C. Byrd
**HOME TELEPHONE** (Include Area Code): (202) 610-3??3

**STREET ADDRESS**: 2845 Robinson Pl., S.E., #204
**CITY, STATE AND ZIP CODE**: Washington, DC 20020
**DATE OF BIRTH**: 10/24/1977

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below):

**NAME**: D.C. Parks & Recreation
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501+)
**TELEPHONE** (Include Area Code): (202) 72?-5460

**STREET ADDRESS**: 1515 Half Street, S.W.
**CITY, STATE AND ZIP CODE**: Washington, DC 20024
**COUNTY**: 01

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 07/31/2001    LATEST: 03/31/2005
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I believe that I have been discriminated against on the basis of my gender (female) in my subjection to sexual harassment in my workplace. The particulars are:

In July 2001, I was hired by Respondent in the Welfare to Work Program. I was promoted from that Program to Summer employment and then given a 13-month employment appointment. From my first day of work in the Welfare to Work Program, the Chief of Facilities Management began touching me inappropriately.

The Chief would grab my breasts or my behind and if I had on a skirt, he would try to put his hand up my skirt. About September 2001, I reported to the Staff Assistant who was my Supervisor, that the Chief was touching me inappropriately. She only said, "Tell him to stop" and nothing else was done.

The touching progressed to the point where the Chief began asking for sex and when I refused, he threatened me by saying that he would not extend my 13-month employment for another term. When I asked to go out and work in the field to get away from the office, the Chief denied my request.

I began to consent to the Chief's requests for sex because I was afraid that I would lose my employment. The sex and touching always

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/6/05
Charging Party (Signature)

NOTARY — (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

EEOC FORM 5 (REV. 07/99)

CHARGING PARTY COPY

GB 00083

Apr 06 12:51 2005   CP Initials    Chg # , Attachment Page 1

---
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
---

occurred in the Chief's office, however, once when my friend visited me at work she observed the Chief touching me.. She also heard him ask me for sex when he called me on my cell phone.

Therefore, I charge Respondent with a discriminatory act against me on the basis of my gender when the Chief subjected me to sexual harassment and threatened to discontinue my employment in violation of Title VII of the Civil Rights Act and the D.C. Human Rights Act. I have not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein except: CROSSED FILED WITH THE EEOC.

GB 00084

# EXHIBIT 4

# HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN
P.L.L.C.
ATTORNEYS AT LAW

1730 M STREET, N.W. • SUITE 412
WASHINGTON, DC 20036-4517

(202) 293-8090
FAX: (202) 293-7110
E-MAIL: info@hellerhuron.com

June 15, 2005

Shawniqua Ottley
Human Resources Manager
D.C. Department of Parks and Recreation
3149 16th Street, N.W.
Washington, D.C. 20010

Dear Ms. Ottley:

Enclosed is a Preliminary Report of Investigation in Garrina Byrd's complaint against Darnell Thompson.

While the Report is fairly thorough, a few outstanding matters remain to be completed. As noted in the Report, I have not been able to interview several of the other women who made complaints of sexual harassment against Mr. Thompson. Despite their assurances that they are willing to talk with me, it has not been possible to confirm a date and time for their interviews. In addition, I have not scheduled a follow-up interview with Ms. Byrd. I recommend that this interview be scheduled in order to have Ms. Byrd respond to Mr. Thompson's testimony and to clear up a few questions about her own testimony. Finally, I am waiting for the production of both Joyce Roberts' and Mr. Thompson's interview transcripts.

Where they are available, the Report of Investigation cites witnesses' transcripts to support their statements. The cites are "TR page number." After Mr. Thompson's and Ms. Roberts' transcripts are produced, I will insert appropriate transcript pages. I will also send over all of the transcripts as exhibits to the Final Report of Investigation.

Please let me know if you have any questions about the Report, my recommendations, or the follow-up work that remains to be completed. Thank you.

Sincerely,

Carolyn N. Lerner

cc: Kimberley Amprey Flowers
    Director

    Don Fishman
    General Counsel