**WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY

2031 FLORIDA AVE, N.W.
SUITE 300
WASHINGTON, DC 20009
TELEPHONE (202) 467-4123
FACSIMILE (202) 467-4489

June 6, 2007

**Via First Class U.S. Mail**
Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, NW, Suite 6S052
Washington, DC 20001
Toni.Jackson@dc.gov

*Re: Garrina Byrd, et al. v. District of Columbia*

Dear Ms. Jackson:

    I write regarding Defendant's responses to Ms. Byrd's discovery requests. On April 25, 2007, Defendant was served with Byrd's interrogatories and requests for production of documents. The deadline for responding and/or objecting to these discovery requests was, at latest, May 29, 2007. To date, we have not received a request for an extension of this deadline or any objections or responses to the discovery requests. Nor have we received Defendant's Initial Disclosures.

    In accordance with Fed. R. Civ. P. 33(b)(3), (4), and 34(b), any objections Defendant may have had to the discovery requests have been waived. Thus, we would like to discuss as soon as possible when we will receive complete responses to the interrogatories and requests for production of documents, as well as Defendant's Initial Disclosures.

    Please let me know if you have any questions. Thank you.

Sincerely,

/s/ Eric Bachman
Eric Bachman

cc:    Gary T. Brown, Esq.