GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General

**Civil Litigation Division**
General Litigation, Section II

October 5, 2007

**VIA UNITED STATES MAIL**

Gary T. Brown
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Ave., N.E.
Suite 100
Washington, D.C. 20002

Eric K. Bachman
WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC
2031 Florida Avenue, N.W., Ste. 300
Washington, D.C. 20009

Re:   Byrd v. District of Columbia, C.A. No. 06-0522 (HHK)

Dear Mr. Brown and Mr. Bachman:

We received Mr. Bachman's September 5, 2007 letter. The District of Columbia ("District") does not agree that it has waived any objections to plaintiffs' discovery requests. Further, *Fonville* is not applicable to the facts of this case, because the District requested an extension shortly after the time to respond had elapsed, and good cause exists in this case. If necessary, we will seek court intervention on this issue.

Interrogatory No. 7: The District will produce all complaints of sexual harassment for the periods alleged in plaintiff Byrd's Second Amended Complaint, 2002 through 2005. Plaintiff's request for complaints prior to 2002 is not temporally relevant or narrowly tailored.

Interrogatory No. 8: See response to Interrogatory No. 7.

Interrogatory No. 9: I cannot give you what we do not have. Discovery is ongoing in this matter, and the District reserves the right to supplement its responses if new information becomes available during the discovery process.

Interrogatory No. 18: The District has answered this interrogatory. See Fed. R.Civ. P. 33(d).

Interrogatory No. 19: Plaintiff's request for training prior to 2002 is not temporally relevant or narrowly tailored. The District has produced EEO training materials for the relevant time period. *See* Exh. 2, attached to the District's Responses, served on June 26, 2007.

Counsel Letter
Friday, October 05, 2007
Page 2 of 2

RFP No. 3: The District has answered this document request. Discovery is ongoing in this matter, and the District reserves the right to supplement its responses as new information becomes available during the discovery process. Also, see the District's response to Int. No. 7, supra.

RFP Nos. 4-7: The District has answered this document request. Mr. Thompson is the alleged wrongdoer in this action, and the District has agreed to provide his information. The plaintiff's request for the personnel files of employees who are not alleged to have done anything wrong will not be produced without a court order.

RFP No. 10: See response to Interrogatory No. 7.

RFP No. 11: This is a new request. It was not part of your original letter. The District has produced all documents in its possession.

RFP No. 16: The District transmitted a preservation letter to the affected agency in 2006, shortly after receiving plaintiff's letter. The District is gathering the documents needed to comply with this document request.

RFP Nos. 17-19: The District has answered these document requests.

Finally, the District will have someone from Parks and Recreation verify the interrogatory answers.

Sincerely,

LINDA SINGER
Attorney General

---

TONI MICHELLE JACKSON
Assistant Attorney General
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625