**From:** Jackson, Toni (OAG) [Toni.Jackson@dc.gov]
**Sent:** Monday, June 11, 2007 6:30 PM
**To:** Eric Bachman; Brown, Gary
**Cc:** Becker, George (OAG)
**Subject:** Byrd v. D.C., et. al.

Eric-

I am in receipt of your letter regarding the District's initial disclosures and responses to plaintiff's discovery requests. The District's response to plaintiff's discovery is not overdue since there has not been an Initial Scheduling Conference in this matter. In fact, the ISC is currently scheduled for September 7th. Additionally, we have not had a Rule 26(f) conference, so the initial disclosures are not overdue either. Having said all this, the District will respond to plaintiff's discovery as soon as possible, and in any event well before the requests are due under the Rules. Thanks for your attention to this matter.

Toni

*Toni Michelle Jackson*

Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625
E-mail: toni.jackson@dc.gov

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

10/23/2007