UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, and CARMEN JEAN-BAPTISTE,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　Defendant. | Civil Action No. 06-0522 (HHK) |

## PROPOSED ORDER

WHEREAS, Plaintiff Garrina Byrd has moved the Court to compel discovery of: (1) information and documents related to complaints of retaliation, sex discrimination and/or harassment from 1999 – 2002 made by employees of Defendant's Department of Parks and Recreation; (2) information and documents related to EEO training, including sexual harassment training, provided by Defendant from 1997 - 2002 ; (3) information relevant to the claims and defenses of this case from personnel files of several supervisors of the Plaintiffs and other material witnesses; and (4) information regarding Darnell Thompson's disciplinary history, IT IS HEREBY ORDERED that

　　Plaintiffs' Motion is GRANTED IN ITS ENTIRETY, and

　　IT IS FURTHER ORDERED that Defendant shall pay to Plaintiff the attorneys' fees and costs of bringing this Motion, such fees and costs to be itemized and submitted to the Court within ten days of the date of this Order.

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Henry H. Kennedy
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge