UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARRINA BYRD, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action 06-00522<br>(HHK) (AK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY

It is this 26th day of October, 2007 hereby,

**ORDERED** that the motion entitled PLAINTIFF GARRINA BYRD'S MOTION TO COMPEL DISCOVERY [#60], docketed October 24, 2007, is referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2 (a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned judge**.** See LCvR 5.1(f).

                                                             Henry H. Kennedy, Jr.
                                                             United States District Judge