## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GARRINA BYRD, ANNETTE BURNS,
DEMERA GASKINS AND CARMEN
JEAN-BAPTISTE,

      Plaintiffs,                         Civil Action No. 06-0522 (HHK/AK)

      v.

DISTRICT OF COLUMBIA,

      Defendant.

## MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant defendant's motion to enlarge the time by which they must file a pleading in response to the plaintiff's Motion to Compel Discovery by an additional nine (9) days to November 16, 2007.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.  On the evening of November 7, 2007, undersigned counsel e-mailed plaintiff's counsel, Eric Bachman, to seek consent to the relief requested in this Motion. Mr. Bachman was not able to respond to the request by the time this motion was filed.

Dated: November 7, 2007.             Respectfully Submitted,

                                   LINDA SINGER
                                   Attorney General for the
                                   District of Columbia

                                   GEORGE C. VALENTINE
                                   Deputy Attorney General
                                   Civil Litigation Division

NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

   /s/Toni Michelle Jackson   
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax:  (202) 727-3625
E-Mail:  toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2007, I caused the foregoing MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFFS' MOTION TO COMPEL DISCOVERY to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

**Gary T. Brown**
**Gary T. Brown & Associates, P.C.**
**320 Maryland Ave., N.E.**
**Suite 100**
**Washington, D.C. 20002**

**Eric K. Bachman**
**Wiggins, Childs, Quinn & Pantazis, PLLC**
**7 Dupont Circle, N.W., Suite 200**
**Washington, D.C. 20036**

   /s/Toni Michelle Jackson   
TONI MICHELLE JACKSON
Assistant Attorney General

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GARRINA BYRD, ANNETTE BURNS,
DEMERA GASKINS AND CARMEN
JEAN-BAPTISTE,

      Plaintiffs,

        v.

DISTRICT OF COLUMBIA,

      Defendant.

Civil Action No. 06-0522 (HHK)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANTS' MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE
TO THE PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant defendant's motion to enlarge the time by which they must file a pleading in response to the plaintiff's Motion to Compel Discovery by an additional nine (9) days, up to and including November 16, 2007. The Motion should be granted for the reasons set forth below:

1. The plaintiffs filed their third amended complaint on July 6, 2007, alleging that they were subjected to "systemic discrimination and retaliation while employed with the D.C. Department of Parks and Recreation ("DPR"). *See* Complaint, *et. seq.* Specifically, the plaintiffs allege that DPR employees sexually harassed them and created, among other things, a hostile work environment. *Id.*

2. The plaintiffs filed the Motion to Compel Discovery on October 24, 2007. A responsive pleading therefore is due on or before November 7, 2007.

3.  Due to a heavy deposition schedule over the past two weeks that has kept counsel out

    of the office, undersigned counsel respectfully requests the additional time to enable her

    to complete and file a responsive pleading in this matter.

4.  Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant

    parties additional time to come into compliance with any deadline imposed by other

    enumerated rules.[1]   The Court has wide discretion to grant such motions.  *In re*

    *Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976).   Given the facts

    discussed in the Motion, the defendant respectfully requests that the Court grant the

    extension.

5.  Plaintiff Byrd will not be prejudiced by the granting of this Motion as the Motion to

    Compel was filed on October 24, 2007.

    WHEREFORE, for the reasons stated herein, defendants respectfully request that

this Court expand the time to file a responsive pleading by nine (9) days, up to and including

November 16, 2007.

Dated: November 7, 2007.                    Respectfully Submitted,

                                            LINDA SINGER
                                            Attorney General for the
                                            District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division

                                            NICOLE L. LYNCH [471953]
                                            Section Chief
                                            General Litigation § II

                                            ___/s/Toni Michelle Jackson___
                                            TONI M. JACKSON (453765)
                                            Assistant Attorney General

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

4

441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax:  (202) 727-3625
E-Mail:  toni.jackson@dc.gov