IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARRINA BYRD** and **ANNETTE BURNS,** Individually and on Behalf of all Similarly Situated Persons,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 06-0522 (HHK/AK)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLAINTIFF BYRD

Pursuant to Federal Rules of Civil Procedure, Rule 36, please admit the following:

1. The Council of the District of Columbia is the legislative branch of the District of Columbia Government.

2. Employees of the Council of the District of Columbia are employees of the legislative branch of government.

3. Plaintiff was employed for successive terms of employment at the Department of Parks and Recreation ("DPR") beginning in 2002 through December 2005.

4. Plaintiff Byrd was not employed by DPR in 2000.

5. In November 2005, plaintiff Byrd requested administrative leave for "personal and health related reasons."

6. On May 6, 2004, Plaintiff Byrd's 2003-2004 Performance Evaluation rating was Satisfactory.

NICOLE L. LYNCH (471953)
Chief, General Litigation Section II

_____
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail: toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2007, I caused the foregoing DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF BYRD to be sent to plaintiff, by mailing the foregoing first-class, postage prepaid, to:

Gary T. Brown
Gary T. Brown & Associates, P.C.
320 Maryland Ave., N.E.
Suite 100
Washington, D.C. 20002


Eric K. Bachman
Wiggins, Childs, Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036

_____
TONI MICHELLE JACKSON
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARRINA BYRD** and **ANNETTE BURNS,** Individually and on Behalf of all Similarly Situated Persons,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 06-0522 (HHK/AK)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S INTERROGATORIES AND
### REQUESTS FOR PRODUCTION OF DOCUMENTS

TO:   PLAINTIFF GARRINA BYRD
      C/O GARY T. BROWN
      GARY T. BROWN & ASSOCIATES, P.C.
      320 MARYLAND AVE., N.E., SUITE 100
      WASHINGTON, D.C. 20002

      ERIC K. BACHMAN
      WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC
      7 DUPONT CIRCLE, N.W., SUITE 200
      WASHINGTON, D.C. 20036

FROM: DEFENDANT DISTRICT OF COLUMBIA

These Interrogatories and Requests for Production of Documents are directed to the party or parties identified above. Each party so identified is directed to answer each Interrogatory separately, and under oath. <u>Your answers must include knowledge or information in the possession of your agents, representatives and attorneys.</u> Where information provided is not within your personal knowledge, your response may indicate that the information is being provided upon information and belief. A copy of your answers to these interrogatories and any documents or items requested <u>must be served</u> on the

Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail: toni.jackson@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2007, I caused the foregoing Interrogatories and Requests for Production of Documents to be sent to plaintiff, by mailing the foregoing first-class, postage prepaid, to:

Gary T. Brown
Gary T. Brown & Associates, P.C.
320 Maryland Ave., N.E.
Suite 100
Washington, D.C. 20002


Eric K. Bachman
Wiggins, Childs, Quinn & Pantazis, PLLC
7 Dupont Circle, N.W., Suite 200
Washington, D.C. 20036

_____
TONI MICHELLE JACKSON
Assistant Attorney General