| | |
|---|---|
| **From:** | Jackson, Toni (OAG) [Toni.Jackson@dc.gov] |
| **Sent:** | Tuesday, June 19, 2007 2:57 PM |
| **To:** | Eric Bachman |
| **Cc:** | Becker, George (OAG) |
| **Subject:** | RE: Byrd v. D.C., et. al. |

Eric-

Yes. We will have them completed and out the door to you next Tuesday, June 26th.

Toni

*Toni Michelle Jackson*

Assistant Attorney General
Office of the Attorney General
 for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625
E-mail: toni.jackson@dc.gov

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Eric Bachman [mailto:EBachman@wcqp.com]
**Sent:** Tuesday, June 19, 2007 2:22 PM
**To:** Jackson, Toni (OAG)
**Subject:** RE: Byrd v. D.C., et. al.

Toni:

Any word on when we can expect to received defendant's discovery responses? Thank you.

Eric

Eric Bachman
Wiggins, Childs, Quinn & Pantazis, PLLC

---

**From:** Jackson, Toni (OAG) [mailto:Toni.Jackson@dc.gov]
**Sent:** Tuesday, June 12, 2007 1:19 PM
**To:** Eric Bachman

10/23/2007

**Subject:** RE: Byrd v. D.C., et. al.

Eric-

I do not agree that we have waived our right to make objections. As stated earlier, I will let you know when we can respond within another day or two.

Toni

*Toni Michelle Jackson*

Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625
E-mail: toni.jackson@dc.gov

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Eric Bachman [mailto:EBachman@wcqp.com]
**Sent:** Tuesday, June 12, 2007 1:13 PM
**To:** Jackson, Toni (OAG)
**Subject:** RE: Byrd v. D.C., et. al.

Toni:

I requested and received permission from you to extend the deadline for plaintiff's discovery responses before the deadline elapsed. Thus, neither plaintiff's objections nor her responses were untimely and they were served upon defendant by the agreed new deadline. In contrast, defendant did not request an extension for its discovery responses/objections prior to the deadline running. Plaintiff will grant a reasonable extension for defendant to complete its discovery responses, and has never indicated that she would not. However, plaintiff's position is that defendant has waived its objections to the discovery requests.

It appears that you now agree that the Rule 26(f) conference has occurred. That said, I am unclear about your question regarding initial disclosures. If your understanding is that defendant has served written initial disclosures on plaintiff, please send us a copy of them at your earliest convenience. Otherwise, please clarify what you mean about initial disclosures.

Finally, please let me know as soon as you can when we can expect to receive defendant's discovery responses. Thank you.

Eric

Eric Bachman
Wiggins, Childs, Quinn & Pantazis, PLLC

10/23/2007

**From:** Jackson, Toni (OAG) [mailto:Toni.Jackson@dc.gov]
**Sent:** Monday, June 11, 2007 7:06 PM
**To:** Eric Bachman
**Cc:** Becker, George (OAG)
**Subject:** RE: Byrd v. D.C., et. al.

Eric-

If that is true, I don't owe you any initial disclosures, correct? I did not have to make mention that the 26(f) conference had not occurred. I did not raise any objections when your responses were untimely, even after you asked for an extension. Also, I did not threaten court intervention nor did I withhold consent for an extension of time to respond. I believe that professional courtesy should be extended. The District is preparing the responses and will serve them on plaintiff as soon as possible. I will need another day or two to determine the exact date we can promise delivery. I thank you in advance for your cooperation and agreement.

Toni

*Toni Michelle Jackson*

Assistant Attorney General
Office of the Attorney General
 for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625
E-mail: toni.jackson@dc.gov

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Eric Bachman [mailto:EBachman@wcqp.com]
**Sent:** Monday, June 11, 2007 6:53 PM
**To:** Jackson, Toni (OAG)
**Subject:** RE: Byrd v. D.C., et. al.

Toni:

The Initial Scheduling Conference was held in this case on August 8, 2006. The September 7, 2007 hearing is a status conference. Further, the parties engaged in the required Rule 26(f) conference of the parties prior to the August 8, 2006 scheduling conference (see Dkts. 15-18). While it may now be necessary to engage in a supplemental discovery planning conference, the initial planning conference has already occurred, which is the relevant issue for commencement of discovery. See Fed. R. Civ. P. 26(d). Indeed, your client has already served discovery requests upon Plaintiff and represented that the responses must be served within 30 days of service. No mention was made in your discovery requests that the required Rule 26(f) conference had not occurred.

Therefore, please let us know the date on which we can expect to receive the responses so that we will not

10/23/2007

require court intervention on this matter. Thank you.

Eric Bachman
Wiggins, Childs, Quinn & Pantazis, PLLC

---

**From:** Jackson, Toni (OAG) [mailto:Toni.Jackson@dc.gov]
**Sent:** Monday, June 11, 2007 6:30 PM
**To:** Eric Bachman; Brown, Gary
**Cc:** Becker, George (OAG)
**Subject:** Byrd v. D.C., et. al.

Eric-

I am in receipt of your letter regarding the District's initial disclosures and responses to plaintiff's discovery requests. The District's response to plaintiff's discovery is not overdue since there has not been an Initial Scheduling Conference in this matter. In fact, the ISC is currently scheduled for September 7th. Additionally, we have not had a Rule 26(f) conference, so the initial disclosures are not overdue either. Having said all this, the District will respond to plaintiff's discovery as soon as possible, and in any event well before the requests are due under the Rules. Thanks for your attention to this matter.

Toni

*Toni Michelle Jackson*

Assistant Attorney General
Office of the Attorney General
 for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625
E-mail: toni.jackson@dc.gov

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.