# Eric Bachman

| | |
|---|---|
| **From:** | Eric Bachman |
| **Sent:** | Wednesday, November 07, 2007 8:08 PM |
| **To:** | Jackson, Toni (OAG) |
| **Subject:** | RE: Byrd v. D.C. Request for your consent |

Toni -

I was in the process of responding (from home) to your emailed request for an extension
when I saw that you filed your motion before I could even respond. I will respond to the
motion tomorrow.

Eric

-----Original Message-----
From: "Jackson, Toni (OAG)" <Toni.Jackson@dc.gov>
To: "'Eric Bachman'" <EBachman@wcqp.com>
Sent: 11/7/2007 7:48 PM
Subject: Byrd v. D.C. Request for your consent

Eric-


I seek your consent to an extension of time to respond to the motion to compel until
11/16, 2007. Please advise. Thanks. Toni


Toni Michelle Jackson


Assistant Attorney General

Office of the Attorney General

 for the District of Columbia

441 4th Street, N.W., Suite 6S052

Washington, DC 20001

Phone: (202) 724-6602

Fax: (202) 727-3625

E-mail: toni.jackson@dc.gov <mailto:toni.jackson@dc.gov>


This message is being sent by or on behalf of a lawyer. It is intended exclusively for the
individual or entity to which it is addressed. This communication may contain information
that is proprietary, privileged or confidential or otherwise legally exempt from
disclosure. If you are not the named addressee, you are not authorized to read, print,
retain, copy or disseminate this message or any part of it. If you have received this
message in error, please notify the sender immediately by e-mail and delete all copies of
the message.