UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, and CARMEN JEAN-BAPTISTE,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 06-0522 (HHK) |

**PLAINTIFF GARRINA BYRD'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF HER MOTION TO COMPEL DISCOVERY**

Plaintiff Garrina Byrd ("Byrd"or "Plaintiff"), through her undersigned Counsel, respectfully submits this Supplemental Memorandum in Support Of Her Motion To Compel Discovery.

In its Opposition to Plaintiff's Motion to Compel Discovery, Defendant asserted that good cause existed to excuse its overdue discovery responses because of a "mistake" and "incorrect belief" regarding the due date for these responses.

In a December 18, 2007 opinion, Magistrate Judge Facciola confronted a similar scenario in which a party filed an opposition brief four days after the deadline. *Institute for Policy Studies v. United States Central Intelligence Agency*, No. 06-0960 (HHK/JMF) (D.D.C. Dec. 18, 2007) (attached hereto as Exhibit 1). In *Institute for Policy Studies*, the defendant's proffered excuse for the missed deadline was an "inadvertent mis-calendaring of the due date." *Id.* at 2. Further, unlike the case at bar, the defendant's request to serve an untimely response was unopposed and the deadline was missed by only four days. *Id.*

After a thorough review of relevant precedent, Magistrate Judge Facciola held that "the

case law from this court is replete with examples of untimely filings being rejected where the only triggering *Pioneer* factor was, as is the case here, a mistake made by counsel." *Id.* at 6 (citing *e.g., D.A. v. District of Columbia*, No. 07-1084) (D.D.C. filed Dec. 6, 2007) (untimely filing of opposition was not the result of excusable neglect where delay was caused by counsel's mistaken belief that a motion for enlargement had been filed); *Moore v. District of Columbia,* No. 05-2020 (D.D.C. filed Feb. 15, 2007) ("the holidays and the press of other business, and the absence of undue prejudice to Plaintiff, fall far short of a showing of excusable neglect.") (other citations omitted).

      Plaintiff respectfully submits that this new holding and the holdings cited therein further support her motion to compel discovery and requests that the motion be granted.

Respectfully submitted this 20th day of December, 2007,

/s/ Eric K. Bachman_____
Timothy B. Fleming (DC Bar 351114)
Lori B. Kisch (DC Bar 491282)
Eric K. Bachman (DC Bar 481993)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
2031 Florida Avenue, NW, Suite 300
Washington, DC 20009
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown (D.C. Bar # 246314)
**Gary T. Brown & Associates, P.C.**
320 Maryland Avenue, N.E., Suite 100
Washington, D.C. 20002
(202) 393-4900

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By:   s/ Eric K. Bachman   .
*Attorney for Plaintiff*