UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

GARRINA BYRD and                    :
ANNETTE BURNS,                      :
                                    :
    Plaintiffs,                     :
                                    :
v.                                  :     Civil Action No. 06-0522 (HHK)
                                    :
DISTRICT OF COLUMBIA,               :
                                    :
    Defendant.                      :
                                    :
_____

## NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Toni Michelle Jackson, as attorney for the District of Columbia, and enter the appearance of Assistant Attorney General Alex Karpinski as attorney for the District of Columbia.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/ Nicole Lynch____
        NICOLE LYNCH [471953]
        Section Chief
        General Litigation Section II

                                                /s/ Alex Karpinski
ALEX KARPINSKI [1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2008, I caused the foregoing PRAECIPE to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Gary T. Brown
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Ave., N.E.
Suite 100
Washington, D.C. 20002

Eric K. Bachman
WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC
2031 Florida Avenue, N.W., Ste. 300
Washington, D.C. 20009

                                                /s/Alex Karpinski
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th St., NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Fax No. (202) 727-3625
alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.