## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, and CARMEN JEAN-BAPTISTE,<br><br>      Plaintiffs,<br><br>      v.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant. | )<br>)<br>)<br>)  Civil Action No. 06-0522 (HHK/AK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Plaintiff's Motion for Partial Reconsideration of the Magistrate Judge's Order on Plaintiff's Motion to Compel Discovery, it is hereby

**ORDERED** that Plaintiff's motion is GRANTED.

**IT IS FURTHER ORDERED** that Defendant shall produce within \_\_\_\_ days, evidence regarding (1) complaints received by the DPR from 1999-2001 related to individuals other than Darnell Thompson; and (2) DPR's training for sexual harassment and/or retaliation from 1997-2001.

_____
The Honorable Henry H. Kennedy, Jr.
United States District Court Judge

Date: _____