UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, AND CARMEN JEAN-BAPTISTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 06-0522 (HHK/AK) |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiffs, through their undersigned counsel, hereby submit their Supplemental Memorandum in Opposition to Defendant's Motion to Dismiss the Third Amended Complaint or, in the Alternative, for Summary Judgment ("Motion to Dismiss"). For the reasons presented below, Defendant's Motion to Dismiss should be denied.

**I.    Plaintiff Jean-Baptiste's Title VII claims are properly before the Court**

Since Defendant filed its Motion to Dismiss or, in the alternative, for summary judgment, Plaintiff Carmen Jean-Baptiste has received her right-to-sue notice from the EEOC. *See* Exhibit 1 (received March 4, 2008). This Court has held that "receipt by plaintiff of right-to-sue letter after the complaint was filed cures the failure to receive the notice before filing a federal lawsuit." *Quarles v. Gen. Inv. & Dev't Co.*, 260 F. Supp. 2d 1, 17 n. 13 (D.D.C. 2003); *Rauh v. Coyne*, 744 F. Supp. 1186, 1189 (D.D.C. 1990) (same); *see also Holmes v. PHI Serv. Co.*, 437 F. Supp. 2d 110, 123 (D.D.C. 2006) (holding that a complaint should not be dismissed if, after filing the complaint but before dismissal, the plaintiff receives a right-to-sue letter from the

EEOC) (citing *Gomes v. Trustees for Harvard Univ.*, No. 87-148, 1987 WL 16335, at *1 (D.D.C. Aug. 18, 1987); *Quarles*, 260 F. Supp.2d at 17 n. 13; *Rauh*, 744 F. Supp. at 1189)). Accordingly, Plaintiff Jean-Baptiste submits that her Title VII claims should not be dismissed because she has received her right-to-sue letter from the EEOC prior to a decision on the Motion to Dismiss. As such, Defendant's motion should be denied.

## II.     Conclusion

For the foregoing reasons, Defendant's Motion to Dismiss should be denied in its entirety.

Respectfully submitted this 4th day of March, 2008.

/s/ Eric K. Bachman
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Eric K. Bachman (DC Bar No. 481993)
**Wiggins, Childs, Quinn & Pantazis, PLLC**
2031 Florida Avenue, N.W., Suite 300
Washington, DC 20009
(202) 467-4123
(202) 467-4489 (facsimile)

Gary T. Brown, D.C. Bar # 246314
**GARY T. BROWN & ASSOCIATES, P.C**.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

*ATTORNEYS FOR PLAINTIFFS*

–3–

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                By:    /s/ Eric K. Bachman      .
                        *Attorney for Plaintiff*