UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, AND CARMEN JEAN-BAPTISTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0522 (HHK/AK)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT REGARDING DISCOVERY PLANNING**

On April 9, 2008, counsel for Plaintiffs, Eric Bachman, and counsel for Defendant, Alex Karpinski, participated in a discovery planning conference in accordance with Local Rule 16.3 and Fed. R. Civ. P. 26(f).

By way of background, on March 13, 2008, the Court granted in part and denied in part Defendant's motion to dismiss [Dkt. No. 71]. Prior to this ruling, the parties had not engaged in a Rule 26(f) discovery planning conference for Plaintiffs Annette Burns, Demera Gaskins, and Carmen Jean-Baptiste. However, the Court had previously held an initial scheduling conference for Plaintiff Garrina Byrd [Aug. 8, 2006 docket entry], and discovery has commenced regarding her case. However, no discovery schedule has been entered.

In order to set the appropriate discovery deadlines for Plaintiffs Byrd, Burns, Gaskins, and Jean-Baptiste, the parties respectfully submit their Joint Proposed Discovery Scheduling Order for the Court's consideration.

Respectfully submitted this 24th day of April, 2008.

| | |
|---|---|
| s/ Eric K. Bachman_____ | s/ Nicole Lynch (with permission) |
| Timothy B. Fleming (Bar No. 351114) | Nicole L. Lynch (Bar No. 471953) |
| Lori B. Kisch (Bar No. 491282) | Section Chief |
| Eric K. Bachman (Bar No. 481993) | General Litigation § II |
| **Wiggins, Childs, Quinn & Pantazis, PLLC** | |
| 2031 Florida Avenue, N.W., Suite 300 | s/ Alex Karpinski (with permission) |
| Washington, DC 20009 | Alex Karpinksi (MI Bar P58770) |
| (202) 467-4123 | **Office of the Attorney General for** |
| (202) 467-4489 (facsimile) | **the District of Columbia** |
| | 441 Fourth Street, NW |
| Gary T. Brown (Bar No. 246314) | 6th Floor |
| **GARY T. BROWN & ASSOCIATES, PC** | Washington, DC 20001 |
| 320 Maryland Avenue, N.E | (202) 724-6642 |
| Suite 100 | |
| Washington, D.C. 20002 | |
| (202) 393-4900 | |
| | |
| *ATTORNEYS FOR PLAINTIFFS* | *ATTORNEYS FOR DEFENDANT* |

.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By:   /s/ Eric K. Bachman            .
*Attorney for Plaintiff*