UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, AND CARMEN JEAN-BAPTISTE,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0522 (HHK/AK)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED JOINT SCHEDULING ORDER

Upon consideration of the Plaintiffs' and Defendant's proposed scheduling of discovery in the above-captioned matter, it is HEREBY ORDERED that the parties shall abide by the following schedule and discovery limitations:

**A.   NON-EXPERT DISCOVERY**

   1.   Non-expert discovery shall be completed by **November 21, 2008.**

   2.   Written discovery requests shall be served within at least thirty (30) days of the non-expert discovery deadline.

   3.   Initial disclosures shall be completed by **May 16, 2008**.

**B.   EXPERT DISCOVERY**

Expert discovery shall be completed by **January 23, 2009**.

   1.   Plaintiffs' Rule 26(a)(2)(A) disclosures shall be made no later than **October**

**24, 2008**.

2. Defendant's Rule 26(a)(2)(A) disclosures shall be made no later than **November 21, 2008**.

3. Plaintiffs' rebuttal Rule 26(a)(2)(A) disclosures shall be made no later than **December 8, 2008**.

4. Plaintiffs' Rule 26(a)(2)(B) disclosures shall be made no later than **November 21, 2009.**

5. Defendant's Rule 26(a)(2)(B) disclosures shall be made no later than **December 19, 2008**.

6. Plaintiffs' rebuttal Rule 26(a)(2)(B) disclosures shall be made no later than **January 6, 2009**.

7. All expert depositions shall be completed by **January 16, 2009.**

**B.    DISPOSITIVE MOTION DEADLINES**

1. All dispositive motions shall be filed no later than **February 27, 2009.**

2. Due to the number of Plaintiffs involved in this case, all oppositions shall be filed no later than **April 3, 2009.**

3. All replies in support of a dispositive motion shall be filed no later than **April 24, 2009.**

**D.    PRE-TRIAL AND TRIAL DEADLINES**

1. **Status Report:** The parties shall **jointly** file within ten (10) days of the ruling on the dispositive motions, a status report covering the following matters:

    (a.) Whether any party intends to file any further pretrial motions, including any motions *in limine*, and if so, the anticipated subject matter of such motions;

    (b.) Whether the case is to be tried jury or non-jury and the anticipated length of trial;

    (c.) The prospects for settlement of this matter, and whether the case has been or will be submitted for mediation; and

    (d) a proposed schedule for providing pre-trial disclosures under Fed. R. Civ. P. 26(a)(3), as well as a proposed pretrial order.

    (e.) Any other matter which you believe should be brought to the Court's attention.

2. **Trial Date:** The Court shall schedule a pre-trial and trial date(s), which shall commence after its ruling on all dispositive motions.

Date: _____, 2008

**ENTER:**

_____
Judge Henry H. Kennedy, Jr.
United Stated District Court Judge