UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, and CARMEN JEAN-BAPTISTE,<br><br>    Plaintiffs,<br><br>        v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 06-0522 (HHK-AK) |

**MOTION TO ENLARGE TIME TO ANSWER PLAINTIFFS' DISCOVERY REQUESTS SERVED APRIL 18, 2008**

Defendant, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully requests that the Court grant defendant's motion to enlarge the time to answer plaintiffs' discovery requests which were served on April 18, 2008, and the responses are due on May 21, 2008. Defendant requests until June 20, 2008.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On May 8, 2008 undersigned counsel e-mailed plaintiffs' counsel to request his consent to the relief requested in this Motion. Plaintiff's counsel did not consent.

Dated: May 19, 2008

                                            Respectfully Submitted,

                                            PETER J. NICKLES
                                            Interim Attorney General for the
                                            District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division

    /s/Toni Michelle Jackson
TONI MICHELLE JACKSON [453765]
Acting Chief, General Litigation § III


    /s/ Alex Karpinski
ALEX KARPINSKI[1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
 alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, and CARMEN JEAN-BAPTISTE, | |
| Plaintiffs, | Civil Action No. 06-0522 (HHK-AK) |
| v. | |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION TO ENLARGE TIME TO ANSWER PLAINTIFF'S DISCOVERY REQUESTS SERVED APRIL 18, 2008**

Defendant, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully requests that the Court grant defendant's motion to enlarge the time to answer plaintiff's discovery requests served April 18, 2008 until June 20, 2008.  The Motion should be granted for the reasons set forth below:

1. Fed. R. Civ. P. 6(b) gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.  The Court has wide discretion to grant such motions.

2. Here, plaintiff served interrogatories and requests for production of documents upon the defendant on April 18, 2008, during a time period in which the parties were still

3

      conferring regarding a proposed scheduling order and prior to the Court's entry of the Scheduling Order dated April 30, 2008.

3. Sets of these new discovery requests were served separately from each of three of the four plaintiffs in this case, totaling a number six new sets of discovery, forty-six new interrogatories and forty new requests for production.

4. Given the varying information sought in these new discovery requests, and that they were served prior to the filing of an agreed upon Scheduling Order and the Court's entry of the Scheduling Order, the defendant respectfully requests an additional thirty days to respond to the discovery requests, making them due on or before June 20, 2008.

5. The granting of this Motion will not prejudice the plaintiff as the Court only recently entered a Scheduling Order providing for non-expert discovery through November 21, 2008 and expert discovery through January 16, 2009.

      WHEREFORE, for the reasons stated herein, defendants request that this Court enlarge the time to file responses to the discovery requests plaintiff served on April 18, 2008 to June 20, 2008.

Dated: May 19, 2008

                                        Respectfully Submitted,

                                        PETER J. NICKLES
                                        Interim Attorney General for the
                                        District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

    /s/Toni Michelle Jackson
TONI MICHELLE JACKSON [453765]
Acting Chief, General Litigation § III


  /s/ Alex Karpinski
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
 alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, and CARMEN JEAN-BAPTISTE, | |
| Plaintiffs, | Civil Action No. 06-0522 (HHK-AK) |
| v. | |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

## ORDER

Upon consideration of the Defendant's Motion to Enlarge the Time to File Responses To Plaintiff's Discovery Requests served April 18, 2008, and the record herein, it is this

_____ day of _____, 2008, **ORDERED:** that said Motion be and the same hereby is GRANTED, and that the defendant shall file responses to plaintiff's discovery requests served April 18, 2008 on or before June 20, 2008.

 _____
 **JUDGE HENRY H. KENNEDY, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2008, I caused the foregoing MOTION TO ENLARGE THE TIME TO FILE RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS SERVED APRIL 18, 2008 and proposed ORDER to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Gary T. Brown
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Ave., N.E.
Suite 100
Washington, D.C. 20002

Eric K. Bachman
WIGGINS, CHILDS, QUINN & PANTAZIS,
2031 Florida Avenue, N.W., Ste. 300
Washington, D.C. 20009

___/s/Alex Karpinski_____
ALEX KARPINSKI 3
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th St., NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Fax No. (202) 727-3625
alex.karpinski@dc.gov

---

3 Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.