UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARRINA BYRD, et al.,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　　**Defendant.** | Civil Action 06-00522  (HHK) |

ORDER

　　Before the court is the motion of plaintiffs for partial reconsideration of the order of Magistrate Judge Kay that resolves plaintiffs' motion to compel discovery [#68]. Upon consideration of the motion and the defendant's response thereto, the court concludes that plaintiffs' motion has merit for the reasons they set forth therein. In a nutshell, the Magistrate Judge erred, clearly so, in concluding that while defendant had waived any objections it had to plaintiffs' discovery requests by failing to file its objections or otherwise respond to the discovery requests in a timely manner, *Fonville v. District of Columbia*, 230 F.R.D. 38,42 (D.D.C. 2005); *Blumenthal v. Drudge*, 186 F.R.D. 236, 240 (D.D.C. 1999), defendant, nevertheless, should not be compelled to respond fully to plaintiffs' discovery requests because some of the requests are "patently irrelevant." *Byrd v. Reno*, 1998 WL 429676, at *6 (D.D.C. Feb. 12, 1998). The discovery requests at issue are not irrelevant, and most certainly are not "patently" so, because they seek evidence relevant to plaintiffs' claims of systemic allegations of sex discrimination and retaliation.

Consequently, it is this 19th day of May 2008, hereby

**ORDERED** that defendant shall produce (1) evidence regarding complaints received by the Department of Parks and Recreation from 1999 through 2001 related to individuals other than Darnel Thompson and (2) evidence regarding any training the Department of Parks and Recreation has implemented pertinent to sexual harassment and retaliation from 1997 through 2001; and it is further

**ORDERED** that the discovery shall be produced by no later than June 13, 2008.

                                                Henry H. Kennedy, Jr.
                                                United States District Judge