# Exhibit 1

## Bertrand Choe

| | |
|---|---|
| **From:** | Karpinski, Alex (OAG) [Alex.Karpinski@dc.gov] |
| **Sent:** | Thursday, May 08, 2008 11:51 AM |
| **To:** | Eric Bachman |
| **Subject:** | Byrd |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mr. Bachman-

Will you agree to a three week extension for our responses to your recent discovery requests? I believe this would make them due on or before June 11th. It would be greatly appreciated.

Thanks.

Alex Karpinski
Assistant Attorney General, Civil Litigation Division
Office of the Attorney General for the District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6642
Fax: (202) 727-3625
alex.karpinski@dc.gov

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.