# Exhibit 4

## Bertrand Choe

**From:** Eric Bachman
**Sent:** Friday, May 16, 2008 8:07 AM
**To:** 'Karpinski, Alex (OAG)'
**Subject:** Byrd v. DC

Alex -

I realized after we spoke yesterday that when you mentioned the motion for an extension of the discovery response deadline, you did not say whether the proposed deadline would still be June 11 or ask if we would consent to the motion. While I do not anticipate that we will oppose your motion, we would like to see a copy of defendant's supplemental discovery answers (responsive to our April 25 letter) before we finalize that decision. Please fax or email me a copy as soon as you can. Thank you.

Eric


Eric Bachman
**Wiggins, Childs, Quinn & Pantazis, PLLC**
2031 Florida Avenue, NW, Suite 300
Washington, DC 20009
(202) 467-4123
(202) 467-4489 (facsimile)