# Exhibit 5

## Bertrand Choe

**From:** Karpinski, Alex (OAG) [Alex.Karpinski@dc.gov]
**Sent:** Friday, May 16, 2008 3:59 PM
**To:** Eric Bachman
**Subject:** RE: Byrd v. DC

Mr. Bachman-

I will not be able to provide our supplemental discovery answers today.  A DPR representative will have to sign them.  I will get them to you early next week.

Alex Karpinski
Assistant Attorney General, Civil Litigation Division
Office of the Attorney General for the District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
(202) 724-6642
Fax: (202) 727-3625
alex.karpinski@dc.gov

This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Eric Bachman [mailto:EBachman@wcqp.com]
**Sent:** Friday, May 16, 2008 8:07 AM
**To:** Karpinski, Alex (OAG)
**Subject:** Byrd v. DC

Alex -

I realized after we spoke yesterday that when you mentioned the motion for an extension of the discovery response deadline, you did not say whether the proposed deadline would still be June 11 or ask if we would consent to the motion.  While I do not anticipate that we will oppose your motion, we would like to see a copy of defendant's supplemental discovery answers (responsive to our April 25 letter) before we finalize that decision.  Please fax or email me a copy as soon as you can.  Thank you.

Eric


Eric Bachman
**Wiggins, Childs, Quinn & Pantazis, PLLC**
2031 Florida Avenue, NW, Suite 300
Washington, DC 20009
(202) 467-4123
(202) 467-4489 (facsimile)