UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, and CARMEN JEAN-BAPTISTE, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 06-0522 (HHK-AK) |

## DEFENDANT'S CONSENT MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendant District of Columbia, ("the District"), hereby moves this Court, pursuant to Fed. R. Civ. Pro. 15 (a), for leave to amend its answer to the plaintiffs' third amended complaint as, following the exchange of some written discovery and initial disclosures, the defendant seeks to further respond to plaintiff's allegations and add an additional affirmative defense.   (See Exhibit A – Proposed Amended Answer to Plaintiffs' Third Amended Complaint)

A memorandum of points and authorities in support of this motion and proposed order are attached.

## LCvR 7(m) CERTIFICATION

Defense counsel certifies that, pursuant to LCvR 7(m), attempts to obtain Plaintiffs' consent to the relief requested in this motion were made prior to the filing of this motion. Plaintiffs' consent to this motion.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
TONI MICHELLE JACKSON (453765)
Chief, General Litigation § III

_____/s/_____
ALEX KARPINSKI[1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
E-mail: alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.