UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARRINA BYRD, ANNETTE BURNS, DEMERA GASKINS, and CARMEN JEAN-BAPTISTE, | |
| Plaintiffs, | Civil Action No. 06-0522 (HHK-AK) |
| v. | |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

**ORDER**

Upon consideration of the defendant's Consent Motion for Leave to File an Amended Answer

To Plaintiffs' Third Amended Complaint, and the record herein, it is this _____ day of

_____, 2008,

**ORDERED:** that said Motion be and that same hereby is GRANTED, and

FURTHER ORDERED that the defendant's amended answer is filed as of the date of this Order.

_____
**JUDGE HENRY H. KENNEDY, JR.**