AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Garrina Byrd, Annette Burns, Demera Gaskins, and Carmen Jean-Baptiste )
        Plaintiff(s) )
         )
         )
        vs. )
District of Columbia )
         )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER    06-0522 (HHK/AK)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Abby Morrow Richardson__ as counsel in this
                          (Attorney's Name)

case for: __Garrina Byrd, Annette Burns, Demera Gaskins, and Carmen Jean-Baptiste__
                    (Name of party or parties)

__8/25/2008__
Date

__978118__
BAR IDENTIFICATION

_(signature)_
Signature

Abby Morrow Richardson
Print Name

Wiggins Childs Quinn & Pantazis PLLC 2031 Florida Ave. NW Suite 300
Address

Washington, DC 20009
City      State      Zip Code

(202) 467-4123
Phone Number